# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JANE DOE 1 and JANE DOE 2,  :

          :   Case No. 3:20-cv-0862-JPW
Plaintiff,       :

          :
v.          :   (Judge Jennifer P. Wilson)

          :
DARDEN RESTAURANTS, INC., :
GMRI, INC. d/b/a LONGHORN :
STEAKHOUSE,  and KYLE DRAKE, :

          :
Defendants.     :

          :

## DECLARATION OF MELISSA S. INGALSBE

I, Melissa S. Ingalsbe, declare as follows:

1. I am over the age of 18 and reside in the State of Florida. This declaration is made in support of Defendants Darden Restaurants, Inc.'s and GMRI, Inc. d/b/a LongHorn Steakhouse's Motion to Compel Arbitration and Dismiss Plaintiffs' Complaint.

2. I understand that this declaration may be used before a court or tribunal.

3. I make this declaration entirely of my own free will and choice. I have not been promised any benefit for giving this declaration and have not been threatened with any detrimental action if I do not give it.

4. I am currently employed as the Director of Dispute Resolution and Human Resource Compliance for Darden Restaurants, Inc. ("Darden"), and its

subsidiaries, including GMRI, Inc. (collectively "Darden" or the "Company"). GMRI operates approximately 1,700 restaurants throughout the Country, including The Olive Garden Italian Restaurant, LongHorn Steakhouse, Cheddar's Scratch Kitchen, Yard House, The Capital Grille, Seasons 52, Bahama Breeze, and Eddie V's.

5. By virtue of my position, I have access to business records, data, and other Company information, including the Dispute Resolution Process ("DRP") and employee personnel file documents, which are created and maintained in the ordinary course and scope of the Company's business. I make this declaration based upon my review of the Company's files and upon my personal knowledge of the matters contained therein, including the information contained in Jane Doe #1's and Jane Doe #2's personnel records.

6. The DRP department and corporate officers are located at the corporate headquarters of GMRI in Orlando, Florida. Darden, including GMRI, maintains a national DRP to resolve employment-related claims. The DRP is a term and condition of employment for all employees across the country and sets forth the dispute resolution process to which Darden and its employees must adhere. It has been in place from at least 2005 to the present, and has been updated periodically. The DRP consists of four steps: 1) Open Door, 2) Peer Review, 3) Mediation, and 4) Final and Binding Arbitration.

7.     Each employee, as part of the hiring process, is provided with a copy of the DRP and is required to execute an acknowledgement agreeing to submit covered employment-related matters to the DRP.

8.     The DRP is presented to employees like Jane Doe #1 and Jane Doe #2 in booklet format in both English and Spanish. DRP pages 1-15 represent the DRP's English version and the second set of DRP pages 1-15 represent the DRP's Spanish version.  A true and correct copy of the January 2013 DRP is attached hereto as **Exhibit 1**.

9.     Jane Doe #1 is a former GMRI employee who worked as a server at GMRI's LongHorn Steakhouse restaurant in Wilkes-Barre, Pennsylvania (Store No. 5436) from January 11, 2014 to May 1, 2019, when GMRI terminated her employment because she smoked a vape pen during work on Company property.

10.     Jane Doe #2 is a former GMRI employee who worked as a server at GMRI's LongHorn Steakhouse restaurant in Wilkes-Barre, Pennsylvania (Store No. 5436) from February 16, 2016 to May 1, 2019, when GMRI separated her employment as a voluntary resignation because Jane Doe #2 stopped showing up to work.

11.     On January 11, 2014 and February 16, 2016, respectively, Jane Does #1 and #2 executed a document titled "Dispute Resolution Process Acknowledgment," indicating their agreement to be bound by and to comply with

the terms of the DRP. This Acknowledgment confirmed their receipt, review, and understanding of the DRP and its mutual obligations on themselves and GMRI, and their agreement to submit covered matters to the DRP. True and correct copies of the DRP Acknowledgments executed by Jane Doe #1 on January 11, 2014 and Jane Doe #2 on February 16, 2016 are attached hereto as **Exhibits 2 and 3**.

12.    There is no record of Jane Doe #1 or Jane Doe #2 objecting to the DRP during their employment with GMRI.

13.    On May 30, 2019, GMRI reminded Jane Doe #1 and Jane Doe #2 of their obligation to pursue employment-related disputes in arbitration. A true and correct copy of the May 30, 2019 letter addressed to Plaintiffs' counsel is attached hereto as **Exhibit 4**.

14.    Kyle Drake is a former GMRI employee who worked as the Managing Partner of GMRI's LongHorn Steakhouse restaurant in Wilkes-Barre, Pennsylvania (Store No. 5436) during the relevant time period.

With the force and effect established in 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of July 2020 in Seminole County, Florida.

Melissa S. Ingalsbe

# Exhibit 1



# DISPUTE *Resolution* PROCESS

**HOW TO CONTACT THE DRP DEPARTMENT:**
If there are any questions about DRP or how to begin the process, please call (*toll free*), 1-800-817-3171, Or write to: Dispute Resolution Department, 1000 Darden Center Drive, Orlando, Florida 32837



This document is the Dispute Resolution Process (DRP) agreement between the Employee and his/her employer ("the Company"), which is a direct or indirect subsidiary of Darden Restaurants, Inc. The DRP is governed by the Federal Arbitration Act (9 U.S.C. §§ 1 et seq.). The requirements, obligations, procedures and benefits in this booklet are binding on the Employee and the Company during and after the period of the Employee's employment.

The mutual goal of DRP is to resolve eligible work related problems, concerns and disputes between the Employee and the Company in a prompt, fair and efficient way that protects the legal rights of both the Employee and the Company.

This agreement is used throughout the United States. The DRP is always to be used and interpreted consistently with applicable law. If any provision of the DRP is in conflict with applicable law, that provision may be severed or revised to make the DRP valid and enforceable. The severed or revised provision, will not affect the remaining provisions of the DRP. Additionally, the DRP may be updated from time to time as required by applicable law.

# TABLE OF CONTENTS

Page 2:       Introduction

Page 4:       How to Use DRP

Page 4:       Step 1 - Open Door

Page 4:       Step 2 - Peer Review

Page 4:       Step 3 - Mediation

Page 6:       Step 4 - Arbitration

Page 9:       DRP Overview

Page 11:      DRP Acknowledgement

Page 12:      Frequently Asked Questions

January 2013

# INTRODUCTION

Occasional differences may arise between the Company and an Employee, both during and after employment. The mutual goal is to resolve work-related problems, concerns and disputes in a prompt, fair and efficient way that protects the legal rights of both the Employee and the Company.  To accomplish this goal, the Dispute Resolution Process (DRP) is comprised of a four-step process: Open Door, Peer Review, Mediation and Arbitration.

The DRP, instead of court actions, is the sole means for resolving covered employment-related disputes.  Disputes eligible for DRP must be resolved only through DRP, with the final step being binding arbitration heard by an arbitrator.  This means DRP-eligible disputes will not be resolved by a judge or jury.  Neither the Company nor the Employee may bring DRP-eligible disputes to court.  The Company and the Employee waive all rights to bring a civil court action for these disputes.

## What is covered under DRP?

The **Open Door**, as described on page 4, is the first step in DRP and is always available to Employees or the Company to use to discuss any issues or resolve any disputes relating to their employment.

Steps two and three of DRP – **Peer Review** and **Mediation** – apply to all employment-related disputes or claims brought by the Employee against the Company or the Company against the Employee other than those limited "Exceptions" listed below.  Some examples of disputes which are covered by the first three steps of DRP include, but are not limited to:  disputes about compensation earned, termination, discrimination and harassment.

Only disputes which state a legal claim may be submitted to **Arbitration**, which is the fourth and final step of DRP.  The arbitrator has the authority to dismiss disputes that do not state a legal claim.  Examples of legal claims covered by DRP include but are not limited to: claims that arise under the Civil Rights Act of 1964, Americans With Disabilities Act, Fair Labor Standards Act, Age Discrimination in Employment Act, and Family Medical Leave Act.

## What are the exceptions to DRP?

The DRP is **not** available to resolve disputes:

> related to Workers Compensation or Unemployment Insurance benefits;

> that are legally required by controlling federal law to be arbitrated or resolved under a different process;

> claims for employee benefits under any benefit plan sponsored by the Company and covered by Employee Retirement Income Security Act of 1974 or funded by insurance, unfair competition, violation of trade secrets, any common law right or duty, or any federal, state or local ordinance or statute; or

> regarding wage rates, wage scales or benefits, performance standards or ratings, work rules, food quality and service standards, or company policies and procedures,

including whether to open or close operations; unless these disputes are brought pursuant to a specific federal or state statute, or other applicable legal standard.

## What are the exceptions to Arbitration?

The final step of DRP – Arbitration – is **not** available to resolve disputes:

- that do not state a legal claim under applicable law;
- that by controlling federal law cannot be subjected to mandatory arbitration; or
- that are legally required under controlling federal law to be arbitrated or resolved under a different process.

## Class, Collective and Representative Actions

There will be no right or authority for any dispute to be brought, heard or arbitrated by any person as a class action, collective action or on behalf of any other person or entity under the DRP. The arbitrator has no jurisdiction to certify any group of current or former employees, or applicants for employment, as a class or collective action in any arbitration proceeding.

## Other Actions

The DRP does not prevent an Employee from exercising statutorily protected rights to file any administrative charge or complaint with administrative agencies. Such administrative claims include, without limitation, claims or charges brought before the Equal Employment Opportunity Commission, the U.S. Department of Labor, and the National Labor Relations Board. Nothing in the DRP will preclude or excuse the Employee from bringing an administrative claim before any agency in order to fulfill the obligation to exhaust administrative remedies before making a claim in arbitration.

## How long do I have to submit my dispute to DRP?

Disputes must be submitted for resolution through DRP **within one (1) year or within the applicable statute of limitations if less than one year.** The statute of limitations period will begin from the date the party requesting DRP first learned of the facts giving rise to the claim/dispute or reasonably should have known about the claim/dispute. Where time limits for filing a claim (i.e., statutes of limitations) cannot be modified by agreement of the Employee and the Company, the legally-mandated time limits applicable to the claim will apply. After submission of the dispute to DRP, DRP must be pursued with reasonable diligence. Any disputes regarding this provision will be decided by the arbitrator as a threshold matter.

## How do I contact the DRP Department?

If there are any questions about DRP or how to begin the process, please contact the DRP Department by calling toll free, 1-800-817-3171, or in writing to:  Dispute Resolution Department, 1000 Darden Center Drive, Orlando, FL 32837.

# HOW TO USE DRP – THE FOUR STEPS

## Step 1.  Open Door

The first step in resolving a dispute is to use the **Open Door**.  If the Employee has a workplace concern or dispute, they are to bring it to the attention of their manager.  If, for any reason, the Employee does not feel they can talk to their manager about the problem, the Employee should then bring it to the attention of the next person in their chain of supervision, such as their General Manager, Director, etc., or they may contact a representative from Employee Relations or Human Resources at 1-800-932-2558.  In addition, the Employee may contact the DRP Department, by calling toll free, 1-800-817-3171, or in writing to:  Dispute Resolution Department, 1000 Darden Center Drive, Orlando, FL 32837.

Open Door allows for an open and honest exchange by the people who are closest to the problem and often provides the best insight and opportunity for mutual resolution. *The Employee can use all of the steps of DRP or discuss any issue/dispute without fear of retaliation.*

## Step 2.  Peer Review

If using the Open Door has not resolved the issue/dispute, the Employee can submit his or her issue/dispute to **Peer Review** by simply filling out a **DRP Submission Form** which may be obtained by calling the DRP Department at 1-800-817-3171.

Peer Review provides a way for the parties to personally present the issue/dispute to a panel of three employees, two who are at the same level in the Company as the Employee, and the third being a next level management employee.  At Peer Review, the Employee and the Company each have up to thirty (30) minutes to present their position to the panel separately and privately.  The Peer Review panel considers the issue/dispute, and makes a non-binding decision, which is communicated to the Employee and the Company within thirty (30) days of the Peer Review.  The Peer Review panel has the ability to grant reinstatement of employment and benefits, back pay/lost wages and/or reversal of the Company's action or decision.

If the Employee and the Company are both satisfied with the Peer Review panel's decision, both the Employee and the Company will sign the Peer Review response form agreeing to the decision, and the matter will be considered resolved. The decision then becomes final and binding on the Employee and the Company.  If either the Employee or the Company is not satisfied with the panel's decision, the dissatisfied party can submit the matter to Mediation. If neither the Employee nor the Company requests mediation of the matter (as described below), **within thirty (30) days** after receiving the Peer Review panel's decision, this will also constitute acceptance of the panel's decision and it will become final and binding on both parties.

## Step 3.  Mediation

If Peer Review does not resolve the issue/dispute, either the Employee or the Company can submit the matter to mediation.

## Notice

A request for mediation must be in writing and provided to the other party **within thirty (30) days** of receiving the Peer Review panel's decision.  Mediation notices to the Company must be sent to: Dispute Resolution Department, 1000 Darden Center Drive, Orlando, FL 32837. Notices to the Employee will be sent via certified or express mail to the Employee's last known address.

## Selection and Qualifications of Mediator

Mediation will be conducted by a mediator knowledgeable of and experienced in employment law.  The mediation request will be referred to a mediation service (such as the American Arbitration Association, JAMS or Resolute Systems, Inc.)  for selection and appointment of a qualified mediator.  Alternatively, the parties may agree to jointly select a mediator without the assistance of a mediation service.

## Applicable Procedural Rules

Both the Employee and the Company have the right, but are not required, to be represented by a lawyer of their choice and at their own expense at the mediation.  However, if either party will be represented by a lawyer, that party must notify the other at least thirty (30) days before the date of the mediation.

The mediation will be conducted according to the Employment Arbitration Rules and Mediation Procedures of the American Arbitration Association (AAA), except to the extent modified by DRP or by applicable law.  The AAA's Employment Arbitration Rules and Mediation Procedures are available online at www.adr.org under the heading "Rules & Procedures" or can be found using an internet search engine (for example, Google) by searching "AAA Employment Arbitration Rules and Mediation Procedures."

## Fees and Costs

The Company will pay the administrative fees and costs associated with conducting the mediation under this Step 3 (including the mediation facilitation service, mediator fees, mediation room charges and teleconference and video conference costs).  Additional costs will be borne by each party as incurred.

## Location

The mediation will be conducted either in person or via teleconference or video conference. Either or both parties may opt to attend mediation via teleconference or video conference, provided notice is given to the other party and the mediator at the time the mediation is scheduled.  If any party will be attending the mediation in person, the mediation will be held in or near the city of the restaurant where the issue/dispute occurred unless the Employee and the Company mutually agree to hold it somewhere else.

## Resolution

If the issue/dispute is resolved during mediation, the Employee and the Company will each sign a written agreement containing the terms of the resolution.  The agreement will be final

January 2013

and binding on both parties and will conclude the DRP process. The agreement will be fully enforceable in a court of competent jurisdiction.

## Termination of Mediation without Resolution

The mediation will terminate without resolution if the mediator, the Employee or the Company determine that further attempts to mediate are not worthwhile. If the mediation is terminated by the mediator, the mediator and/or mediation service will submit written notice to both the Employee and the Company confirming that the mediation has terminated. If the mediation is terminated by the Employee or the Company, the party terminating the mediation will submit written notice to the address of record of the other party via certified or registered mail, return receipt requested, confirming that the mediation has terminated. A copy of the written notice must also be submitted to the mediator and/or mediation service.

## Step 4.  Arbitration

If mediation does not resolve the dispute, either the Employee or the Company can submit the matter to binding arbitration.

### Eligibility

Only disputes that state a legal claim will be arbitrated (SEE "What is Covered under DRP" on page 2). The arbitrator has the sole authority to determine whether a dispute is arbitrable and whether it has been timely filed and pursued. If the arbitrator finds that a dispute does not state a legal claim, has not been timely filed, or has not been timely pursued from one step of DRP to the next, the arbitrator's decision is final and binding and the dispute is considered to be resolved.

### Notice

The request for arbitration must be in writing and provided to the other party by certified or registered mail, return receipt requested, within thirty (30) days of receipt of written notification that mediation has been terminated (SEE "Termination of Mediation Without Resolution" on page 6). The request will include identification of the parties, a statement of the legal and factual basis for the claim(s), and a specification of the remedy sought.

### Selection and Qualification of Arbitrator

The arbitration will be conducted by a single arbitrator knowledgeable of and experienced in employment law. The arbitration will be referred to an arbitration service (such as the American Arbitration Association (AAA), JAMS or Resolute Systems, Inc.) for selection and appointment of a qualified arbitrator and administration of the arbitration process in accordance with applicable rules. Alternatively, the parties may agree to jointly select an arbitrator that meets the qualifications without the assistance of an arbitration service.

### Applicable Law and Procedural Rules

The arbitrator will resolve any issue/dispute arising out of or relating to the interpretation or application of the DRP or its rules, including without limitation, any arbitration rules or procedures or manner in which the arbitration proceeding will be conducted.

Both the Employee and the Company have the right, but are not required, to be represented by a lawyer of their choice and at their own expense (subject to remedies awarded by the arbitrator in accordance with applicable law) at the arbitration hearing. However, if the Employee notifies the Company, at least thirty (30) days before the date of the hearing that he or she will not be represented by a lawyer at the arbitration hearing, the Company will also not be represented by a lawyer at the arbitration hearing.

The arbitration will be conducted according to the Employment Arbitration Rules and Mediation Procedures of the American Arbitration Association (AAA), except to the extent modified by DRP or by applicable law.  The arbitration and any decision or award made by the arbitrator will be final and binding on the Employee and the Company and enforceable in a court of competent jurisdiction.  The AAA's Employment Arbitration Rules and Mediation Procedures are available online at **www.adr.org** under the heading "Rules & Procedures" or can be found using an internet search engine (for example, Google) by searching for "AAA Employment Arbitration Rules and Mediation Procedures."

## Fees and Costs

The Company will pay the arbitrator's fees and expenses, any costs for the hearing facility, and any costs of the arbitration service.

Any other expenses incurred by a party during the arbitration are the party's responsibility subject to remedies awarded by the arbitrator in accordance with applicable law.  This includes, by way of example only, transcript preparation fees, attorneys' fees, and expert witness fees.  However, an arbitrator is authorized to award fees and costs in accordance with and subject to the limitations of applicable law.

## Location

The arbitration will take place in or near the city of the restaurant where the issue/dispute occurred unless the Employee and the Company mutually agree to hold it somewhere else.

## Authority of the Arbitrator

In addition to the authority granted to the arbitrator under AAA's Employment Arbitration Rules and Mediation Procedures:

1. The arbitrator will have the authority to determine whether a dispute is arbitrable and whether it is timely filed and pursued under the DRP and any applicable laws. After conferring with both the Employee and the Company, the arbitrator will set an appropriate date, time, location and duration for the arbitration.

2. Arbitrations will be heard on an individual basis, as described in and subject to the section entitled **Class, Collective and Representative Actions** on page 3 above.

3. In arbitration, the parties will have the right to bring dispositive motions (such as motions to dismiss or for summary judgment) and present witnesses and evidence as needed to present their cases and defenses, and any disputes in this regard will be resolved by the arbitrator.

4. The Employee and the Company each have the right to subpoena witnesses and documents for the arbitration hearing. Subpoenas must be served on the other party and submitted to the arbitrator. Any objection to the issuance of any subpoena must be submitted to the arbitrator within ten (10) days following receipt of the request or within such time period required by applicable law, as determined by the arbitrator.

5. The arbitrator will have the same authority as a court of law to grant requested relief; this would include relief requested regarding temporary restraining orders and preliminary injunctive remedies. However, this provision does not prevent either the Employee or the Company from requesting available temporary or preliminary injunctive remedies from an appropriate court. The request for temporary or preliminary injunctive remedies does not remove the dispute from final resolution by the arbitrator. The request for temporary or preliminary injunctive remedies does not waive the requesting party's right to arbitrate claims covered by the DRP.

6. Unless done pursuant to a specific federal or state statute, or applicable common law, the arbitrator will have no authority to establish wage rates, wage scales or benefits, performance standards or ratings, work rules, food quality and service standards, or similar company policies and procedures, including whether to open or close any operations.

## Arbitration Transcript

Either the Employee or the Company may arrange for a court reporter to provide a stenographic record of the proceedings consistent with the provisions of the AAA's Employment Arbitration Rules and Mediation Procedures.

## Post-Hearing Briefs

Either the Employee or the Company upon request at the close of the hearing, may file a post-hearing brief. Whether briefs are permitted, the time for filing briefs and any additional requirements, such as a maximum page limit, will be set by the arbitrator at the hearing.

## Arbitrator's Decision

The arbitrator will issue a written decision, including a statement of the arbitrator's findings of fact and conclusions of law, within thirty (30) days after the date the hearing ends.

## Judicial Enforcement

Either the Employee or the Company may bring an action in any court of competent jurisdiction to compel Arbitration under this agreement and/or to confirm, modify, enforce or vacate an arbitration award, as may be permitted by law.

# DARDEN
# DISPUTE RESOLUTION PROCESS OVERVIEW

| OPTION | WHAT | WHO | WHY | HOW |
|---|---|---|---|---|
| **1**<br><br>**Open Door** | A way to discuss and resolve concerns with management without retaliation<br>• Informal<br>• Covers work-related disputes<br>• Encourages early resolution | Bring concern to:<br>• Manager<br>• General Manager<br>• Director<br>• Employee Relations<br>• Senior Vice President<br>• President | • Encourages early resolution of concern<br>• Open and flexible<br>• Easily accessible<br>• Helps preserve working relationships<br>• Resolves concerns amicably<br>• Promotes open communication | • Discuss concern in person with manager or with Employee Relations<br>• Discuss concern with GM or DO, or<br>• Call Employee Relations<br>• See DRP Poster for phone numbers |
| **2**<br><br>**Peer Review** | A way to bring a concern to a three-member panel for resolution<br>• Informal<br>• Covers work-related disputes<br>• Panel returns a written decision | Conducted by a trained facilitator<br>• Three-member panel made up of two peers (co-workers) and one management panelist<br>• Witness called at panel's discretion<br>• Conducted by a trained Facilitator selected by you | • Fresh perspective from those outside the issue, but within the Company<br>• Quick resolution of the concern<br>• Helps preserve working relationship | Present concern to a trained panel that will listen, evaluate and return a decision that is not binding unless the parties agree to it<br>• Submit a completed DRP submission form to DRP Department,, Phone: 800-817-3171 |
| **3**<br><br>**Mediation** | A way to take a dispute to a neutral third party who will assist the Employee and the Company in finding a compromise<br>• Informal<br>• Covers work-related disputes<br>• Non-binding unless parties agree to settle | Mediator chosen by the Employee and the Company or appointed by the American Arbitration Association or other mediation service | • Benefit of neutral, outside third-party expert to assist in negotiation<br>• Win-win solution<br>• Fast and inexpensive (no cost to Employee)<br>• Helps preserve working relationships<br>• Non-binding unless both parties agree to a resolution | Present concern to a neutral third party that will assist the Employee and the Company in finding a compromise<br>• Submit a Mediation request form to DRP Dept.<br>• Contact DRP Dept at 800-817-3171 |
| **4**<br><br>**Arbitration Final** | A way to take a dispute to an outside, neutral third party for a decision that is binding on all parties<br>• Structured, but less formal than court trials<br>• Covers all eligible work-related disputes<br>• Written decision binding on the Employee and the Company<br>• Legal representation allowed but not required (it is the Employee's choice) | Third-party arbitrator, chosen by the Employee and the Company or appointed by AAA or other arbitration service | • Benefit of neutral, outside third-party expert to make final decision<br>• Arbitrator has authority to grant legal and equitable relief as in a court of law<br>• Quicker resolution than traditional court process<br>• Simpler and more economical; no cost to Employee<br>• Helps preserve working relationships | Present dispute to a neutral third party who will evaluate the issue and return a final decision that is binding on both the Employee and the Company<br>• If a Mediation fails, a DRP-eligible dispute may be pursued by submitting a written notice to the other party |

January 2013

# **<u>NOTES</u>**

# DISPUTE RESOLUTION PROCESS ACKNOWLEDGEMENT

This agreement contains the requirements, obligations, procedures and benefits of the Dispute Resolution Process (DRP). **I acknowledge that I have received and/or have had the opportunity to read this arbitration agreement. I understand that this arbitration agreement requires that disputes that involve the matters subject to the agreement be submitted to mediation or arbitration pursuant to the arbitration agreement rather than to a judge or jury in court.** I agree as a condition of my employment, to submit any eligible disputes I may have to the DRP and to abide by the provisions outlined in the DRP. I understand this includes, for example, claims under state and federal laws relating to harassment or discrimination, as well as other employment-related claims as defined by the DRP. Finally, I understand that the Company is equally bound to all of the provisions of the DRP.

_____
Employee Name (please print)


_____     _____
Employee Signature                            Date


_____
Manager/Director Name (please print)


_____     _____
Manager/Director Signature                     Date


**Minor Employee must also have a Parent/Guardian print and sign below**

**I, as Parent/Guardian of the above named Employee, acknowledge that I have received and or have had the opportunity to read this arbitration agreement. I understand that this arbitration agreement requires that disputes that involve the matters subject to the agreement be submitted to mediation or arbitration pursuant to the arbitration agreement rather than to a judge or jury in court.**


_____
Parent/Guardian Name (please print)


_____     _____
Parent/Guardian Signature                      Date

January 2013

# FREQUENTLY ASKED QUESTIONS

**1.  What is the Dispute Resolution Process (DRP)?**

The Dispute Resolution Process is in place to resolve work-related problems, concerns and disputes between you and the Company in a prompt, fair and efficient way while protecting the legal rights of both. The DRP consists of four steps:

- **Open Door:** Allows the Employee to bring a workplace issue/dispute to the attention of his/her manager or the next person in the chain of supervision or the Employee may contact  a representative from Employee Relations or Human Resources. Contact information can be found in your employee handbook or DRP poster.
- **Peer Review:** If the Open Door does not resolve the issue/dispute, it can be submitted to a Peer Review panel which will listen to both sides, evaluate and return a decision that is not binding unless the parties agree.
- **Mediation:** If not satisfied with the Peer Review panel's decision, either the Employee or the Company may submit the issue/dispute to mediation. The mediation will be conducted by a mediator who is a neutral party and is trained in dispute resolution. During mediation, the mediator listens to the issue/dispute and helps the Employee and the Company reach an agreement by opening up communication and suggesting options.
- **Arbitration:** If the issue/dispute is not resolved in mediation, either the Employee or the Company may submit the eligible issue/dispute to final and binding arbitration. Arbitration is the final step in the DRP. Both parties present their sides to an arbitrator, a neutral outside party, at an arbitration hearing. The arbitrator then weighs the evidence and makes a final and binding decision.

Other than the exceptions listed in the section entitled "Exceptions to DRP" in the DRP agreement you have received, the first three steps of DRP (Open Door, Peer Review and Mediation) apply to all employment-related issues/disputes or claims brought by you or the Company. *Only disputes that state a legal claim may be submitted to Arbitration.*

***You may use all of the steps of DRP or discuss any issue/dispute without fear of retaliation.***

**2.  Will I have to pay anything when I use the DRP?**

Administrative costs of the DRP will be paid for by the Company. This includes Peer Review costs; costs and fees of the mediation service and mediator; and cost and fees of the arbitration service and arbitrator. Any other expenses incurred by you are your responsibility. Likewise, any other expenses incurred by the Company are the obligation of the Company. This includes, by way of example only, transportation fees, transcript preparation fees, attorneys' fees, and expert witness fees. However, in arbitration, an arbitrator may award fees and costs according to applicable law.

**3.  Do I have to follow the steps of DRP in order?**

It is recommended that the steps of DRP be followed in order. Often times using the Open Door to speak with someone in management, who is closest to the situation, is the

most efficient and effective way to resolve workplace disputes. Peer Review may be bypassed only by written mutual consent, but arbitration will always be the final step in resolving a dispute.

### 4. What is the Open Door?

The Open Door is the first step in resolving a concern or dispute.  If you have a work-related concern or dispute, you are to bring it to the attention of your manager or to the next person in the chain of supervision (i.e., General Manager, Director of Operations, etc.) or you may contact a representative from Employee Relations or Human Resources. Contact information can be found in your employee handbook. The Open Door allows for an open and honest exchange by the people who are closest to the problem and often provides the best insight and opportunity for mutual resolution. *You may use all of the steps of DRP or discuss any issue/dispute without fear of retaliation.*

### 5. What if my issue/dispute is with my manager?

If, for any reason, you do not feel you can talk to your manager about the problem or issue/dispute, you should bring it to the attention of the next person in the chain of supervision, such as your General Manager, Director of Operations, etc. or you may contact a representative from Employee Relations or Human Resources. Contact information can be found in your employee handbook or DRP poster.

### 6. What do I do if my manager starts to make things difficult for me after I complain?

Retaliation for using or participating in the DRP is prohibited by the Company.  If you believe you are being retaliated against by your manager or any other employee, you should take it to a higher level manager or contact a representative from Employee Relations or Human Resources.

### 7. Can I use the DRP to resolve any problem that happens at work?

Other than the exceptions listed in the section entitled "Exceptions to DRP" in the DRP handbook you have received, the first three steps of DRP (Open Door, Peer Review and Mediation) apply to all employment related issues/disputes or claims brought by you or the Company. *Only issues/disputes that state a legal claim may be submitted to Arbitration.*

### 8. How do I request DRP?

If you have a work place issue/dispute, you should first try to resolve it through the Open Door, which is the first step.  If the Open Door does not resolve the issue/dispute, you will be referred to the Dispute Resolution Process Department to request the next step of the DRP which is Peer Review. You may also contact the Dispute Resolution Department at 1-800-817-3171.

### 9. What is Peer Review?

If the Open Door does not resolve the issue/dispute, it can be submitted to Peer Review by contacting the Dispute Resolution Process Department and completing a DRP Submission Form.  Peer Review provides a way for the parties to personally present the

issue/dispute to a panel of three employees—two peers (co-workers) and a management level panelist from outside your restaurant or department. At Peer Review you and the Company each have up to thirty (30) minutes to separately and privately present your positions to the panel. The Peer Review panel will listen, evaluate and ask questions, then return a decision. A Peer Review panel decision is not binding on you or the Company, unless both agree to the decision.

**10. What can a Peer Review panel do to resolve my issue/dispute?**

The Peer Review panel has the ability to grant reinstatement of employment and benefits, back pay, lost wages and reversal of the Company's action or decision.

**11. Won't a Peer Review panel's decision just be a rubber stamp of management's position?**

No. Peer Review panels confidentially review a management action that an Employee believes to be inconsistent with policy or past practice. They hear and weigh the evidence and privately vote on the dispute. You, the Company Representative and the panel members are required and instructed to maintain absolute confidentiality. Therefore, no one will know about the panel's questions or how the panel members voted.

**12. What if either I or the Company does not agree with the Peer Review panel's decision?**

A Peer Review panel decision is not binding on you or the Company, unless both agree to it.  If not satisfied with the Peer Review panel's decision, you or the Company can submit the issue/dispute to Mediation, which is the next step in the Dispute Resolution Process (DRP).

**13. Can I bring an attorney to my Peer Review?**

No. The Peer Review process is a confidential process that allows you and the Company to present the issue/dispute directly to a panel of peers.  Neither you nor the Company may have an attorney or other representative at the Peer Review.

**14. How do I become a panelist on a Peer Review?**

To be eligible to be a panelist you must:
- ✓ Have at least 1 year of service with the company
- ✓ Be at least 18 years old
- ✓ Have a satisfactory or above performance rating
- ✓ Have no disciplinary actions for the past six months
- ✓ Speak and understand English

There should be a panelist sign-up sheet posted by your manager in your restaurant on which you can write your name as a volunteer. If you are selected as a panelist, you will receive training prior to the Peer Review. If there is not a list posted in your restaurant please see your manager to request one be posted or please contact the DRP Department at 1-800-817-3171 for assistance.

**15. What is the difference between mediation and arbitration?**

January 2013

In mediation, a neutral third party helps you and the Company reach a resolution regarding the issue/dispute.  In mediation, you and the Company each will present the issue/dispute to a mediator. The mediator will then attempt to negotiate a mutually acceptable agreement to resolve the issue/dispute. The mediator does not have the authority to impose a final and binding decision; only you and the Company can do that.

The arbitration process is more formal than mediation.  In arbitration, a neutral third party (the arbitrator) listens to both parties each present their case in an arbitration hearing and renders a decision that is final and binding.  *Only disputes that state a legal claim may be submitted to arbitration.*

## 16. How does arbitration differ from a court trial?

In many ways the two are very similar. In arbitration, an arbitrator can award the same remedies and damages as a court of law. The main differences are that arbitration is less formal than court trials, generally less costly, exchange of information is more limited, and the decision of the arbitrator is final and binding and may not be appealed.  Arbitration is held in a private setting and not in a courtroom.

## 17. Can an arbitrator award the same kind and amount of damages that a court or jury trial could?

Yes.

## 18. If I am terminated and pursue arbitration, can the arbitrator reinstate me?

Yes. You may be awarded full remedies available through the courts including reinstatement and full back pay.

## 19. Who pays the arbitration costs?

The Company will pay the costs and fees of the arbitration service, the hearing facility and arbitrator.  Any other expenses incurred by the Employee during the arbitration are the Employee's responsibility. Likewise, any other expenses incurred by the Company during the arbitration are the obligation of the Company.  This includes, by way of example only, transportation fees, transcript preparation fees, attorneys' fees, and expert witness fees.  However, an arbitrator may award fees and costs according to applicable law.

## 20. Do I have to hire an attorney to go to mediation or arbitration?

No. Both the Company and the Employee have the right to be represented by counsel of their choice and at their expense. However, if the Employee notifies the Company that he or she will not be represented by counsel at the arbitration hearing at least thirty (30) days prior to the hearing, the Company will not be represented by counsel at the hearing.

**The Dispute Resolution Department may be contacted with any further questions at 1-800-817-3171.**

January 2013



# PROCESO de
## Resolución
## de DISPUTAS

© 2013 Darden Concepts, Inc. ID-332
January 2013
00350242

**CÓMO COMUNICARSE CON EL DEPARTAMENTO DE DRP:**
Si tiene preguntas acerca del DRP o de cómo comenzar el proceso, favor de llamar al 1-800-817-3171 (forma gratuita), o escribiendo a: Dispute Resolution Department, 1000 Darden Center Drive, Orlando, FL 32837



Este documento es el acuerdo acerca del Procedimiento para la Resolución de Conflictos (DRP) entre el Empleado y su empleador ("la Compañía"), la cual es una filial directa o indirecta de Darden Restaurants, Inc. El DRP se rige por la Ley Federal de Arbitraje (9 U.S.C. §§ 1 et seq.). Los requisitos, obligaciones, procedimientos y beneficios en este folleto son vinculantes para el Empleado y la Compañía durante y después del período de trabajo del Empleado.

El objetivo común del DRP es resolver los problemas, preocupaciones y conflictos relacionados con el trabajo elegibles entre el Empleado y la Compañía de una manera rápida, justa y eficaz que protege los derechos legales tanto del Empleado y la Compañía.

Este acuerdo ha sido utilizado en los Estados Unidos. El DRP siempre deberá ser utilizado e interpretado en consonancia con la legislación aplicable. Si alguna de las disposiciones del DRP está en conflicto con la ley aplicable, dicha disposición puede ser cortada o revisada para que el DRP sea válido y exigible. La disposición separada o revisada, no afectará a las restantes disposiciones del DRP. Además, el DRP puede ser actualizado de vez en cuando como lo exija la ley aplicable.

# Índice

Página 2:      Introducción

Página 4:      Cómo Utilizar el DRP

Página 4:      Etapa 1: Puerta Abierta

Página 4:      Etapa 2: Evaluación de sus Pares

Página 5:      Etapa 3: Mediación

Página 6:      Etapa 4: Arbitraje

Página 9:      Visión General del DRP

Página 11:     Reconocimiento del DRP

Página 12:     Preguntas Más Frecuentes

Enero del 2013

# Introducción

Diferencias ocasionales puedan surgir entre la Compañía y el Empleado, ambos durante y después del empleo. El objetivo común es resolver los problemas, preocupaciones y conflictos relacionados con el trabajo, de una manera rápida, justa y eficaz que protege los derechos legales de ambos el Empleado y la Compañía. Para lograr este objetivo, el Procedimiento para la Resolución de Conflictos (DRP) se compone de un proceso de cuatro etapas: Puerta Abierta, Evaluación de sus Pares, Mediación y Arbitraje.

El DRP, en lugar de acciones judiciales, es el único medio para resolver los litigios laborales cubiertos. Conflictos elegibles para el DRP deben resolverse únicamente a través del DRP, con la última etapa siendo un arbitraje vinculante escuchado por un árbitro. Esto significa que los conflictos elegibles de DRP no serán resueltos por un juez o un jurado. Ni la Compañía ni el Empleado puede llevar conflictos elegibles del DRP para litigios en los tribunales. La Compañía y el Empleado renuncian a todo derecho a iniciar una acción judicial civil para estos conflictos

## ¿Qué cubre el DRP?

La **Puerta Abierta,** como se describe en la página 4, es la primera etapa en el DRP y siempre está disponible para los empleados o la Compañía para utilizar para tratar cualquier asunto o para resolver cualquier conflicto relacionado con su empleo.

Las etapas dos y tres del DRP —**Evaluación de sus Pares** y **Mediación** — se aplican a todos los conflictos relacionados con el empleo o solicitudes presentadas por el Empleado contra la Compañía o la Compañía contra el Empleado que no sean las limitadas "Excepciones" que figuran a continuación. Algunos ejemplos de conflictos, los cuales están cubiertos por las tres primeras etapas del DRP incluyen, pero no están limitadas a: conflictos acerca compensación, terminación, discriminación y acoso.

Solo los conflictos que establecen un derecho legal podrán ser sometidos a **arbitraje,** la cual es la cuarta y última etapa de DRP. El árbitro tiene la autoridad para despedir los conflictos que no declaren una demanda legal. Ejemplos de solicitudes legales establecidas por el DRP incluyen pero no se limitan a: Las solicitudes que se presenten bajo la Ley de Derechos Civiles de 1964, la Ley de Americanos con Discapacidades, la Ley de los Estándares Laborales, la Ley de Discriminación por Edad en el Empleo, la Ley de Licencia Familiar y Médica.

## What are the exceptions to DRP?

El DRP no está disponible para resolver conflictos:
    Relacionados con la Indemnización de los Trabajadores o beneficios de Seguro de Desempleo;

    que tienen la obligación legal del control de la ley federal para arbitrar o resolver en virtud de un proceso diferente;

    solicitudes para beneficios a los empleados en virtud de cualquier plan de beneficios patrocinados por la Compañía y cubiertos por la Ley de Seguridad de Ingresos para la Jubilación de Empleados de 1974 o financiadas por el seguro, competencia desleal,

violación de secretos comerciales, cualquier derecho de ley común o derecho, o cualquier ordenanza federal, estatal o local ley; o

con respecto a los salarios, las escalas salariales o beneficios, estándares de desempeño o clasificaciones, normas de trabajo, estándares de la calidad de la comida y servicios, o políticas y procedimientos de la compañía, incluyendo la posibilidad de la apertura o cierre de operaciones, a menos que estos conflictos sean llevados de conformidad con una ley específica federal o estatal, u otra norma jurídica aplicable.

## ¿Cuáles son las excepciones a arbitraje?

La etapa final del DRP – Arbitraje – **no** está disponible para la resolución de conflictos:

- que no establecen una reclamación legal bajo la ley aplicable;
- que mediante el control de la ley federal no pueden ser sometidas a arbitraje obligatorio; o
- que tienen la obligación legal bajo la ley de control federal para ser arbitradas o resueltas en virtud de un proceso diferente.

## Acciones de Demanda Colectiva y Representativa

No habrá derecho o autoridad para cualquier conflicto que se haya traído, escuchado o arbitrado por cualquier persona como una demanda colectiva, acción colectiva o en nombre de cualquier otra persona o entidad en virtud del DRP. El árbitro no tiene la jurisdicción para certificar cualquier grupo de empleados actuales o anteriores, o solicitantes de empleo, como una demanda o acción colectiva en cualquier procedimiento de arbitraje.

## Otras Acciones

El DRP no impide a un Empleado de ejercer los derechos protegidos por ley al presentar cualquier cargo administrativo o queja ante los organismos administrativos. Tales reclamos administrativos incluyen sin limitación las reclamaciones o acusaciones ante la Comisión de Igualdad de Oportunidades, le Departamento de Labor de los EE.UU., y la Junta Nacional de Relaciones Laborales. Nada en el DRP se excluirá o eximirá al Empleado de la interposición de un recurso administrativo antes de que cualquier agencia con el fin de cumplir con la obligación de agotar los recursos administrativos antes de presentar una reclamación de arbitraje.

## ¿Cuánto tiempo tengo para presentar mi conflicto a DRP?

Los conflictos deben ser presentados para su resolución a través del DRP **dentro de un (1) año o dentro de la ley de limitaciones aplicable si es menos de un año**. El período de la ley de limitaciones comenzará a partir de la fecha en que la parte que solicita el DRP se enteró de los hechos que dieron lugar a la reclamación/conflicto o debería haber conocido sobre la reclamación/conflicto. Cuando los límites de tiempo para presentar una reclamación (es decir, la ley de limitaciones) no puede ser modificada por acuerdo del Empleado y la Compañía, los límites de tiempo legalmente obligatorios aplicables a la solicitud tendrán validez. Después de la presentación del conflicto al DRP, el DRP debe llevarse a cabo con diligencia razonable. Cualquier conflicto relacionado con esta disposición será decidido por el árbitro como una cuestión preliminar.

### ¿Cómo me Pongo en Contacto con el Departamento del DRP?

Si hay alguna pregunta acerca del DRP o cómo comenzar el procedimiento, por favor póngase en contacto con el Departamento de DRP, llamando al número gratis, 1-800-817-3171, o por escrito a: Dispute Resolution Department, 1000 Darden Center Drive, Orlando, FL 32837.

# CÓMO UTILIZAR EL DRP – LAS CUATRO ETAPAS

## Etapa 1. Puerta Abierta

La primera etapa para resolver un conflicto es el uso de la **Puerta Abierta**. Si el Empleado tiene un problema o conflicto laboral, debe traer a la atención de su gerente. Si, por cualquier motivo, el Empleado no se siente que puede hablar con su gerente sobre el problema, entonces el Empleado debe traer a la atención de la persona siguiente de su cadena de supervisión, tales como su Gerente General, Director, Director, etc, o puede comunicarse con un representante de Relaciones Laborales o Recursos Humanos al 1-800-932-2558. Además, el Empleado puede comunicarse con el Departamento de DRP, llamando al número gratuito, 1-800-817-3171, o por escrito al Departamento de Resolución de Conflictos, 1000 Darden Center Drive, Orlando,

La Puerta Abierta permite un intercambio abierto y honesto por las personas que están más cercanas al problema y, a menudo proporciona la mejor visión y oportunidad para resolución mutua. *El Empleado puede utilizar todas las etapas del DRP o discutir cualquier tema sin temor a represalias.*

## Etapa 2. Evaluación de sus Pares

El uso de la Puerta Abierta no ha resuelto el problema/conflicto, el Empleado puede presentar un problema/conflicto a **Evaluación de sus Pares**, simplemente llenando un **Formulario de Presentación del DRP** el cual puede ser obtenido llamando al Departamento de DRP al 1-800-817-3171.

La Evaluación de sus Pares proporciona una forma para que las partes presenten personalmente el asunto a un panel de tres empleados, dos de los cuales están en el mismo nivel en la Compañía como el Empleado, y el tercero siendo un empleado de un nivel superior administrativo. En la Evaluación de sus Pares, el Empleado y la Compañía tienen cada uno hasta un máximo de treinta (30) minutos para exponer su posición al panel por separado y en privado. El panel de Evaluación de sus Pares considera el asunto/conflicto, y toma una decisión no vinculante, la cual se comunica al Empleado y a la Compañía dentro de treinta (30) días a partir de la Evaluación de sus Pares. El panel de Evaluación de sus Pares tiene la capacidad de conceder reposición de empleo y beneficios, pago retroactivo/pérdida de salarios y/o revocación de la acción o decisión de la Compañía.

Si el Empleado y la Compañía están satisfechos con la decisión del panel de Evaluación de sus Pares, tanto el empleado y la Compañía firmarán el formulario de respuesta de la Evaluación de sus Pares aceptando la decisión, y el asunto será considerado resuelto. La decisión se convierte en definitiva y obligatoria para el Empleado y la Compañía. Si el

Empleado o la Compañía no están satisfechos con la decisión del panel, la parte insatisfecha puede someter el asunto a mediación. Si ni el empleado ni la Compañía solicita mediación en el asunto (como se describe anteriormente), **dentro de los treinta (30) días** después de recibir la decisión del panel de Evaluación de sus Pares, esto también implicará la aceptación de la decisión del panel y será definitiva y vinculante para ambas partes.

## Etapa 3. Mediación

Si la Revisión de sus Pares no resuelve el problema/conflicto, ya sea el Empleado o la Compañía puede someter el asunto a mediación.

### Notificación

Una solicitud de mediación deberá ser por escrita y proporcionada a la otra parte **dentro de los treinta (30) días** de recibir la decisión del panel de Evaluación de sus Pares. Notificaciones de mediación para la Compañía deben ser enviados a: Departamento de Resolución de Conflictos, 1000 Darden Center Drive, Orlando, FL 32837. Notificaciones al Empleado se enviarán, vía correo certificado o expreso, a la última dirección conocida del Empleado.

### Selección y Capacitación del Mediador

La mediación se llevará a cabo por un mediador de conocimiento y experiencia en derecho laboral. La solicitud de mediación deberá ser remitida a un servicio de mediación (por ejemplo, la Asociación Americana de Arbitraje, JAMS o Sistemas de Resolución, Inc.) para la selección y el nombramiento de un mediador calificado. Como alternativa, las partes podrán convenir en designar conjuntamente al mediador sin la ayuda de un servicio de mediación.

### Normas Procesales Aplicables

Tanto el Empleado y la Compañía tiene el derecho, pero no requiere, ser representado por un abogado de su elección y por su cuenta propia en la mediación. Sin embargo, si cualquiera de las partes estuviera representada por un abogado, el tercero deberá notificar a la otra parte por lo menos treinta (30) días antes de la fecha de la mediación.

La mediación se llevará a cabo de conformidad con las Normas de Arbitraje de Empleo y Procedimientos de Mediación de la Asociación Americana de Arbitraje (AAA), salvo en la medida de lo modificado por el DRP o por la ley aplicable. Las Normas de Arbitraje de Empleo y Procedimientos de Mediación del AAA están disponibles en línea en www.adr.org bajo el título "Rules & Procedures" o se puede encontrar utilizando un motor de búsqueda en el Internet (por ejemplo, Google) buscando "AAA Employment Arbitration Rules and Mediation Procedures".

### Honorarios y Costos

La Compañía pagará los gastos administrativos y los honorarios y costos asociados con la realización de la mediación bajo esta etapa 3 (incluyendo el servicio de facilitación de mediación, los honorarios del mediador, los gastos de sala para la mediación y de gastos de la conferencia de teleconferencia y video). Los costos adicionales incurridos serán asumidos por cada parte.

### Localidad

La mediación se llevará a cabo ya sea en persona o mediante teleconferencia o video conferencia. Una o ambas partes pueden optar por asistir a la mediación a través de

teleconferencia o video conferencia, siempre que se dé aviso a la otra parte y el mediador en el momento en que está programada la mediación. Si cualquiera de las partes va a asistir a la mediación en persona, la mediación se llevará a cabo en o cerca de la ciudad del restaurante donde el problema/conflicto se produjo a menos que el Empleado y la Compañía acuerden mutuamente mantenerla en otra parte.

## Resolución

Si el problema/conflicto se resuelve durante la mediación, el Empleado y la Compañía firmarán cada uno un acuerdo por escrito que contenga los términos de la resolución. El acuerdo será definitivo y vinculante para ambas partes y concluirá el proceso del DRP. El acuerdo será plenamente aplicable en un tribunal de jurisdicción competente.

### Terminación de la Mediación Sin Resolución

La mediación se terminará sin resolución si el mediador, el Empleado o la Compañía determinan que nuevos intentos de mediación no valen la pena. Si la mediación es concluida por el mediador, el mediador y/o el servicio de mediación presentaran una notificación por escrito tanto para el Empleado y la Compañía confirmando que la mediación ha concluido. Si la mediación se ha concluido por el Empleado o por la Compañía, la parte que da por concluida la mediación presentará una notificación por escrito a la dirección de registro de la otra parte a través de correo certificado o registrado con acuse de recibo, lo que confirma que la mediación ha concluido. Una copia de la notificación por escrito debe presentarse al mediador y/o al servicio de mediación.

## Etapa 4.  Arbitraje

Si la mediación no resuelve el conflicto, ya sea el Empleado o la Compañía puede someter el asunto a un arbitraje vinculante.

### Elegibilidad

Solo conflictos que declaran una demanda legal serán arbitrados (CONSULTE "Qué Cubre el DRP" en las páginas 2). El árbitro tiene la facultad exclusiva de determinar si un conflicto es arbitrable y si ha sido presentado y continuado a tiempo. Si el árbitro considera que un conflicto no establece una acción judicial, no ha sido presentado a tiempo, o no ha sido presentado a tiempo de una etapa a otra del DRP, la decisión del árbitro será definitiva y vinculante y el conflicto se considera resuelto.

### Notificación

La solicitud de arbitraje deberá constar por escrito y proporcionado a la otra parte por correo certificado o registrado con acuse de recibo, dentro de los treinta (30) días siguientes a la recepción de la notificación por escrito que la mediación ha terminado (CONSULTE "Terminación de la Mediación Sin Resolución" en la página 6). La solicitud incluirá la identificación de las partes, una declaración de los fundamentos jurídicos y fácticos de la(s) reclamación(nes), y una especificación de la solución que se pretende.

### Selección y Cualificaciones del Árbitro

El arbitraje será conducido por un solo árbitro con conocimientos y experiencia en derecho laboral. El arbitraje será referido a un servicio de arbitraje (tal como el Asociación Americana de Arbitraje (AAA), JAMS o Sistemas de Resolución, Inc. para la selección y nombramiento de un árbitro calificado y la administración del proceso de arbitraje, conforme con las normas aplicables. Alternativamente, las partes podrán acordar seleccionar conjuntamente a un árbitro que cumple con los requisitos sin la ayuda de un servicio de arbitraje.

## Ley Aplicable y Normas Procesales

El árbitro resolverá cualquier problema/conflicto que surja de o esté relacionado con la interpretación o aplicación del DRP o de sus normas, incluyendo sin limitación, cualquier norma o procedimiento de arbitraje o de la manera en la que el procedimiento de arbitraje se llevará a cabo.

Tanto el Empleado y la Compañía tiene el derecho, pero no requiere, ser representado por un abogado de su elección y por su propia cuenta (sujeto a los recursos otorgados por el árbitro de acuerdo con la ley aplicable) en la audiencia de arbitraje. Sin embargo, si el Empleado notifica a la Compañía, por lo menos treinta (30) días antes de la fecha de la audiencia que él o ella no va a ser representado por un abogado en la audiencia de arbitraje, la Compañía tampoco será representada por un abogado en la audiencia de arbitraje.

El Arbitraje se llevará a cabo de conformidad con las Normas de Arbitraje de Empleo y Procedimientos de Mediación de la Asociación Americana de Arbitraje (AAA), salvo en la medida de lo modificado por el DRP o por la ley aplicable. El arbitraje y cualquier decisión o laudo dictado por el árbitro será definitiva y vinculante para el Empleado y la Compañía y ejecutable en un tribunal de jurisdicción competente. Las Normas de Arbitraje de Empleo y Procedimientos de Mediación del AAA están disponibles en línea en **www.adr.org** bajo el título "Rules & Procedures" o se puede encontrar utilizando un motor de búsqueda en el Internet (por ejemplo, Google) para la búsqueda de "AAA Employment Arbitration Rules and Mediation Procedures".

## Honorarios y Costos

La Compañía pagará los honorarios y gastos del árbitro, todos los gastos de la sala de la audiencia, así como los costos del servicio de arbitraje.
Cualquier otro gasto incurrido por una parte durante el arbitraje es responsabilidad de la parte sujeto a los recursos otorgados por el árbitro de acuerdo con la ley aplicable. Esto incluye, a modo de ejemplo solamente, honorarios de preparación de transcripción, honorarios de abogados y los honorarios de peritos. Sin embargo, el árbitro está facultado para adjudicar los honorarios y costos de conformidad y con sujeción a las limitaciones de la ley aplicable.

## Localidad

El arbitraje se llevará a cabo en o cerca de la ciudad del restaurante donde el problema/conflicto se produjo a menos que el Empleado y la Compañía acuerden mutuamente mantenerla en otra parte.

## Autoridad del Árbitro

Además de la autoridad concedida al árbitro de conformidad con las Normas de Arbitraje del AAA para Empleo y Procedimientos de Mediación

1. El árbitro tendrá la autoridad para determinar si un conflicto es arbitrable y si es presentado a tiempo y ejercido bajo el DRP y cualquier ley vigente. Después de consultar con ambos el Empleado y la Compañía, el árbitro fijará una fecha, hora, lugar y duración apropiada del arbitraje.

2. Los arbitrajes serán escuchados en forma individual, como se describe y está sujeto a la sección titulada **Acciones de Demanda Colectiva y Representativa** en la página 3, anterior.

3. En el arbitraje, las partes tendrán el derecho de presentar mociones dispositivas (como mociones para desestimar o de juicio sumario) y presentar testigos y

Enero del 2013

pruebas, según sea necesario para presentar sus casos y defensas, y cualquier conflicto al respecto será resuelto por el árbitro.

4. El Empleado y la Compañía cada uno tiene el derecho de citar testigos y documentos para la audiencia de arbitraje. Las citaciones deben ser notificadas a la otra parte y presentarse al árbitro. Cualquier objeción a la emisión de cualquier orden judicial deberá presentarse al árbitro dentro de los diez (10) días siguientes a la recepción de la solicitud o dentro del plazo que exija la ley aplicable, según lo determinado por el árbitro.

5. El árbitro tendrá la misma autoridad que un tribunal de justicia de conceder ayuda solicitada, lo que incluiría la ayuda solicitada con respecto a las órdenes de restricción temporal y medidas cautelares preliminares. Sin embargo, esta disposición no impide al Empleado o la Compañía de solicitar medidas cautelares temporales disponibles o preliminares de un tribunal competente. La solicitud de medidas cautelares provisionales o preliminares no elimina el conflicto de la resolución final por parte del árbitro. La solicitud de medidas cautelares provisionales o preliminares no renuncia al derecho de la parte solicitante para arbitrar las reclamaciones cubiertas por el DRP.

6. Al menos que se realice en virtud de una ley específica estatal o federal, o ley común aplicable, el árbitro no tendrá autoridad para establecer las tasas de salarios, escalas salariales o beneficios, estándares de desempeño o clasificaciones, normas de trabajo, calidad de la comida  y estándares de servicio, u otras políticas y procedimientos similares de la empresa, incluyendo la posibilidad de abrir o cerrar operaciones.

## Transcripción del Arbitraje

El Empleado o la Compañía bajo petición en el cierre de la audiencia, puede presentar un informe posterior a la audiencia. Si se permiten informes, el tiempo para la presentación de informes y cualesquier requisito adicional, tales como un límite máximo de páginas, será fijado por el árbitro en o antes de la audiencia.

## Informes Posteriores a la Audiencia

El Empleado o la Compañía bajo petición en el cierre de la audiencia, puede presentar un informe posterior a la audiencia. Si se permiten informes, el tiempo para la presentación de informes y cualesquier requisito adicional, tales como un límite máximo de páginas, será fijado por el árbitro en o antes de la audiencia.

## Decisión del Árbitro

El árbitro emitirá una decisión por escrito, incluyendo una declaración de conclusiones del árbitro de hechos y conclusiones de ley, dentro de los treinta (30) días después de la fecha en que termina la audición.

## Aplicación Judicial

Tanto el Empleado o la Compañía podrá iniciar una acción en cualquier tribunal de jurisdicción competente para obligar un arbitraje conforme a este Acuerdo y/o confirmar, modificar, reforzar o anular un laudo arbitral, según sea permitido por la ley.

# DARDEN VISIÓN GENERAL DEL PROCEDIMIENTO DE RESOLUCIÓN DE CONFLICTO

| OPCIÓN | QUÉ | QUIÉN | POR QUÉ | CÓMO |
|---|---|---|---|---|
| **1**<br><br>**Puerta Abierta** | Una forma de analizar y resolver inquietudes con la gerencia sin que existan represalias<br>• Informal<br>• Cubre disputas relacionadas con el trabajo<br>• Incentiva la resolución temprana | Comunique la inquietud al:<br>• Gerente<br>• Gerente General<br>• Director<br>• Relaciones Laborales<br>• Vicepresidente Sénior<br>• Presidente | • Incentiva la resolución temprana de la inquietud<br>• Apertura y flexibilidad<br>• Fácilmente accesible<br>• Ayuda a conservar las relaciones laborales<br>• Se resuelve la inquietud en forma amigable<br>• Fomenta la comunicación abierta | Analice la inquietud en persona con el gerente o con Relaciones Laborales<br>• Analice la inquietud o con el Gerente General o con el Director deOperaciónes, o<br>• Llame a Relaciones Laborales<br>• Consulte el Póster de DRP si desea saber los números de teléfono |
| **2**<br><br>**Evaluación de Colegas** | Una forma de comunicar una inquietud a un panel formado por tres miembros para su resolución<br>• Informal<br>• Cubre disputas relacionadas con el trabajo<br>• El panel tomauna decisión por escrito | Esta instancia está a cargo de un facilitador capacitado<br>• Panel compuesto por tres miembros: dos (colegas) y un panelista de la gerencia<br>• Se llaman testigos adiscreción del panel<br>• Esta instancia está a cargo de un facilitador capacitado seleccionado por usted | • Nueva perspectiva proporcionada por un tercero ajeno a la cuestión, pero dentro de la Compañía<br>• Resolución rápida de la inquietud<br>• Ayuda a conservar las relaciones laborales | Presente la inquietud ante un panel capacitado que escuchará, evaluará y tomará una decisión no vinculante, salvo que las partes estén de acuerdo con la decisión<br>• Entregue un formulario depresentación para DRP completo al Departamento de DRP. Teléfono: 800-817-3171 |
| **3**<br><br>**Mediación** | Una forma de elevar una disputa ante un tercero neutral que ayudará al Empleado y a la Compañía a llegar a un acuerdo<br>• Informal<br>• Cubre disputas relacionadas con el trabajo<br>• No vinculante salvo que las partes decidan llegar a un acuerdo | Mediador elegido por el Empleado y la Compañía o designado por la Asociación Americana de Arbitraje u otro servicio de mediación | • Se beneficia con la opinión de un experto tercero neutral y ajeno al problema, que ayuda en la negociación<br>• Solución en la que todas las partes salen ganando<br>• Rápida y económica (sin costo para el Empleado)<br>• Ayuda a conservar las relaciones laborales<br>• No vinculante salvo que ambas partes acuerden una solución | Presente la inquietud ante un tercero neutral que ayudará al Empleado y a la Compañía a llegar a un acuerdo<br>• Presente un formulario desolicitud de Mediación al Departamento de DRP.<br>• Comuníquesecon el Departamento de DRP al 800-817-3171 |
| **4**<br><br>**Arbitraje Definitivo** | Una forma de elevar una disputa ante un tercero ajeno al problema y neutral para que tome una decisión  vinculante para todas las partes.<br>• Estructuradopero menos formal que los juicios ante tribunales judiciales<br>• Cubre todas las disputas relacionadas con el trabajo elegibles<br>• Decisión por escrito Vinculante para el Empleado y la Compañía<br>• Se permite tener Representación legal pero no es obligatorio (es una opción del Empleado) | El árbitro es un tercero elegido por el Empleado y la Compañía o designado por la AAA u otro servicio de arbitraje. | Se beneficia con la opinión de un experto tercero neutral y ajeno al problema, que toma una decisión definitiva<br>• El árbitro tiene autoridad para otorgar una reparación legal y de equidad como lostribunales judiciales<br>• Resolución más rápida que la del proceso judicial tradicional<br>• Más sencillo y más económico; sin costo para el Empleado<br>• Ayuda a conservar las relaciones laborales | Presente la disputa a un tercero neutral que evaluará la cuestión y tomará una decisión definitiva que es vinculante tanto para el Empleado como para la Compañía<br>• Si una Mediación no tiene un resultado satisfactorio, se puede intentar la solución de la disputa elegible para DRP presentando una notificación por escrito a la parte contraria |

9

Enero del 2013

# **NOTAS**

Enero del 2013

# RECONOCIMIENTO DEL PROCEDIMIENTO PARA LA RESOLUCIÓN DE CONFLICTOS

Este acuerdo contiene los requisitos, obligaciones, procedimientos y beneficios del DRP. He leído esta información y entiendo y acuerdo con los términos y condiciones del Procedimiento de Resolución de Conflictos (DRP). **Yo reconozco que he recibido y o he tenido la oportunidad de leer este acuerdo de arbitraje. Entiendo que este acuerdo de arbitraje requiere que los conflictos que involucran a los temas del acuerdo se someterán a mediación o arbitraje de conformidad con el acuerdo de arbitraje y no a un juez o un jurado en la corte.** Estoy de acuerdo, como condición de mi empleo, someter cualquier litigio elegible que pueda tener al DRP y cumplir con las disposiciones señaladas en el DRP. Entiendo que esto incluye, por ejemplo, las reclamaciones bajo las leyes estatales y federales relacionadas con el acoso o discriminación, así como otras relacionadas reclamaciones laborales como se define en el DRP. Finalmente, entiendo que la Compañía está obligada igualmente a todas las disposiciones del DRP.

_____
Nombre del Empleado (por favor, en letra de imprenta)

_____          _____
Firma del Empleado                                       Fecha

_____
Nombre del Gerente/Director (por favor, en letra de imprenta)

_____          _____
Firma del Gerente                                         Fecha

**Los empleados menores de edad también deben tener una impresión y firma del padre/tutor abajo**

**Yo, como padre/tutor del Empleado arriba mencionado, reconozco que he recibido y o he tenido la oportunidad de leer este acuerdo de arbitraje. Entiendo que este acuerdo de arbitraje requiere que los conflictos que involucran a los temas del acuerdo se someterán a la mediación o arbitraje de conformidad con el acuerdo de arbitraje y no a un juez o un jurado en la corte.**

_____
Nombre del Padre/Tutor (por favor, en letra de imprenta)

_____          _____
Firma del Padre/Tutor                                    Fecha

# PREGUNTAS FRECUENTES

1. **¿Qué es el Procedimiento de Resolución de Conflicto (DRP)?**

El Procedimiento de Resolución de Conflictos es un procesopara resolver los problemas, preocupaciones y conflictos relacionados con el trabajo, las preocupaciones y conflictos entre usted y la Compañía, de una manera rápida, justa y eficiente mientras que protege los derechos legales de ambos. El DRP consiste de cuatro pasos:

- **Puerta Abierta:** Permite al Empleado traer un problema laboral o problema/conflicto a la atención de su gerente o la persona siguiente de la cadena de supervisión, o el Empleado puede comunicarse con un representante de Relaciones Laborales o Recursos Humanos. La información de contacto se puede encontrar en el manual del empleado o cartel DRP.
- **Evaluación de sus Pares:**Si la Puerta Abierta no resuelve el problema o conflicto, puede presentarse a un panel de Evaluación de sus Pares por pares que escucharán a ambas partes, evaluarán y devolverán una decisión que no es vinculante, a menos que todas las partes estén de acuerdo.
- **Mediación:** Si no está satisfecho con la decisión del panel de Evaluación de sus Pares, ya sea el Empleado o la Compañía podrá someter el problema/conflicto a Mediación. La Mediación se llevará a cabo por un mediador que es una parte neutral y está capacitado en la resolución de conflictos. Durante la Mediación, el mediador escucha sobre el problema/conflicto y ayuda a que el Empleado y la Compañía lleguen a un acuerdo mediante la apertura de la comunicación y sugiriendo opciones.
- **Arbitraje:**Si el problema/conflicto no se ha resuelto por Mediación, ya sea el Empleado o la Compañía podrá someter el problema/conflicto elegible o arbitraje final y vinculante. El arbitraje es el paso final en el DRP. Ambas partes presentan sus lados a un árbitro, un partido externo neutral, en una audiencia de arbitraje. El árbitro entonces evalúa la evidencia y toma una decisión final y vinculante.

Aparte de las excepciones enumeradas en la sección titulada "Excepciones a DRP" en el acuerdo del DRP que ha recibido, los tres primeros pasos del DRP (Puerta Abierta, Evaluación de sus Pares y Mediación) se aplican a todos los litigios relacionados con el empleo o reclamaciones presentadas por usted o la Compañía. *Solo conflictos que contienen una reclamación legal podrán ser sometidos a Arbitraje.*

***Usted puede utilizar todas las etapas de DRP o discutir cualquier problema/conflicto sin temor a represalias.***

2. **¿Tendré que pagar algo cuando uso el DRP?**

Los costos administrativos del DRP se pagarán por la Compañía. Esto incluye los costos de Evaluación de sus Pares, costos y honorarios del servicio de mediación y del mediador, y los costos y honorarios del servicio de arbitraje y el árbitro. Cualesquier otro gasto incurrido por usted son su responsabilidad. Asimismo, cualesquier otro gasto incurrido por la Compañía son la obligación de la Compañía. Esto incluye, a modo de ejemplo, los gastos de transporte, honorarios de preparación de transcripción, honorarios del abogado y honorarios de testigos expertos. Sin embargo, en el arbitraje, un árbitro puede adjudicar honorarios y costos de acuerdo con la legislación aplicable.

3. **¿Debo seguir las etapas del DRP en orden?**

Se recomienda que las etapas del DRP ser sigan en orden. Muchas veces, usar la Puerta Abierta para hablar con alguien en la gerencia, quienes están más cerca de la situación, es la manera más eficiente y eficaz para resolver los conflictos laborales. Evaluación de sus Pares puede ser evitada solo por consentimiento mutuo por escrito, pero arbitraje será siempre la últimaetapa en la resolución de un conflicto.

4. **¿Qué es Puerta Abierta?**

La Puerta Abierta es la primera etapa para resolver un problema o conflicto. Si usted tiene alguna preocupación o conflicto relacionado con el trabajo, usted debe llevarlo a la atención de su gerente o a la persona siguiente en la cadena de supervisión (es decir, Gerente General, Director de Operaciones, etc.), o puede comunicarse con un representante de Relaciones Laborales o Recursos Humanos. La información de contacto se puede encontrar en el manual del empleado. La Puerta Abierta permite un intercambio abierto y honesto con las personas que están más cerca del problema y, a menudo proporciona la mejor visión y oportunidad para la resolución mutua. *Usted puede utilizar todas las etapas de DRP o discutir cualquier problema/conflicto sin temor a represalias.*

5. **¿Qué hago si el problema es con mi gerente?**

Si, por alguna razón, usted no siente que puede hablar con su jefe sobre el asunto o problema/conflicto, deberá traerlo a la siguiente persona en la cadena de supervisión, como su Gerente General, Director de Operaciones, etc. o puede comunicarse con un representante de Relaciones Laborales o Recursos Humanos. La información de contacto se puede encontrar en el manual del empleado o cartel DRP.

6. **¿Qué hago si mi gerente comienza a hacer las cosas difíciles luego de que yo me queje?**

Represalias por el uso o la participación en el DRP está prohibida por la Compañía. Si usted cree que está siendo víctima de represalias por su director o cualquier otro empleado, usted debe llevarlo a un gerente de nivel superior o póngase en contacto con un representante de Recursos Humanos o Relaciones Laborales.

7. **¿Puedo usar el DRP para resolver cualquier problema que suceda en el trabajo?**

Aparte de las excepciones enumeradas en la sección titulada "Excepciones a DRP" en el manual de DRP que ha recibido, las tres primeras etapas del DRP (Puerta Abierta, Evaluación de sus Pares y Mediación) se aplican a todos los litigios relacionados con problemas/conflictos en el empleo o reclamaciones presentadas por usted o la Compañía. *Solo conflictos que contienen una reclamación legal podrán ser sometidos a Arbitraje.*

8. **¿Cómo solicito el DRP?**

Si usted tiene un problema/conflicto laboral, primero debe tratar de resolverlo a través de la Puerta Abierta, que es la primera etapa. Si la Puerta Abierta no resuelve el problema/conflicto, usted será referido al Departamento de Procedimiento de Resolución de Conflicto para solicitar la siguiente etapa del DRP que es la Evaluación de sus Pares. También puede comunicarse con el Departamento de Procedimiento de Resolución de Conflicto en 800-817-3171.

9. **¿Qué es la Evaluación de sus Pares?**

Si la Puerta Abierta no resuelve el problema/conflicto, puede presentarse a Evaluación

Enero del 2013

de sus Pares,  poniéndose en contacto con el Departamento de Procedimiento de Resolución de Conflicto y completar un formulario de presentación de DRP. Evaluación de sus Pares proporciona una manera para que las partes presenten personalmente el problema/conflicto a un panel de tres empleados - dos pares (compañeros de trabajo) y un panelista de nivel de gerencia de fuera de su restaurante o departamento. Durante la Evaluación de sus Pares usted y la Compañía tienen un máximo de treinta (30) minutos cada uno para presentar por separado y en privado sus posiciones al panel. El panel de Evaluación de sus Pares le escuchará, evaluará y hará preguntas, y luego devolverá una decisión. La decisión del panel de Evaluación de sus Pares no es vinculante para usted o la Compañía, a menos que ambos estén de acuerdo con la decisión.

**10. ¿Qué puede hacer un panel de Evaluación de sus Pares para resolver mi problema/conflicto?**

El panel de Evaluación de sus Pares tiene la capacidad de conceder reincorporación y beneficios, paga retroactiva, salarios perdidos y la reversión de la acción o decisión de la Compañía.

**11. ¿No será que el panel de Evaluación de sus Pares simplemente aprobará la posición de la gerencia?**

No. Los paneles de Evaluación de sus Pares revisan confidencialmente una acción de la gerencia que un Empleado cree que es incompatible con la política o previos antecedentes. Ellos escuchan y evalúan la evidencia y votan en privado sobre el conflicto. Usted, los representantes de la Compañía que participan, y los miembros del panel son requeridos e instruidos a mantener confidencialidad absoluta. Por lo tanto, nadie sabrá las preguntas del panel o cómo los miembros del panel votaron.

**12. ¿Qué pasa si yo o la Compañía no estamos de acuerdo con la decisión del panel de Evaluación de sus Pares?**

La decisión del panel de Evaluación de sus Pares no es vinculante para usted o la Compañía, a menos que ambos estén de acuerdo. Si no está satisfecho con la decisión del panel de Evaluación de sus Pares, usted o la Compañía puede someter el problema/conflicto a Mediación, que es la siguiente etapa en el Procedimiento de Resolución de Conflicto (DRP).

**13. ¿Puedo traer a un abogado a mi Evaluación de Pares?**

No. El proceso de Evaluación de sus Pares es un proceso confidencial que permite a usted y la Compañía presentar el problema/conflicto directamente a un grupo de compañeros. Ni usted ni la Compañía puede tener un abogado u otro representante en la Evaluación de sus Pares.

**14. ¿Cómo puedo ser panelista en una Evaluación de sus Pares?**

Para ser elegible para ser un panelista, usted debe:
- ✓ Tener por lo menos 1 año de servicio con la empresa
- ✓ Tener por lo menos 18 años de edad
- ✓ Tener una calificación de desempeño satisfactorio o mayor
- ✓ No tener acciones disciplinarias durante los últimos seis meses
- ✓ Hablar y entender inglés

Debe haber una hoja de registro de panelista publicado por el gerente en su restaurante en el que puede escribir su nombre voluntario. Si usted es seleccionado como panelista, recibirá entrenamiento antes de la Evaluación de sus Pares. Si no hay una lista publicada en su restaurante, por favor consulte a su gerente para solicitar que una sea publicada o

póngase en contacto con el Departamento de DRP en 800-817-3171 para obtener ayuda.

### 15. ¿Cuál es la diferencia entre mediación y arbitraje?

En la Mediación, un tercero neutral ayuda a usted y la Compañía alcanzar un acuerdo respecto al problema/conflicto. En la Mediación, usted y la Compañía presentarán el problema/asunto a un mediador. Después, el mediador intentará negociar un acuerdo mutuamente aceptable para resolver el problema/conflicto. El mediador no tiene autoridad para imponer una decisión definitiva y vinculante, y sólo usted y la Compañía pueden hacer eso.

El proceso de arbitraje es más formal que la Mediación. En el arbitraje, un tercero neutral (el árbitro) escucha a ambas partes y cada uno presenta su caso en una audiencia de arbitraje y toma una decisión que será definitiva y vinculante. *Solo conflictos que contienen una reclamación legal podrán ser sometidos a arbitraje.*

### 16. ¿Cómo se diferencia el arbitraje a un caso en un tribunal de justicia?

En muchos sentidos, los dos son muy similares. En el arbitraje, un árbitro puede conceder los mismos recursos y daños como un tribunal de justicia. Las principales diferencias son que el arbitraje es menos formal que los procesos judiciales, generalmente menos costoso, el intercambio de información es más limitado, y la decisión del árbitro será definitiva y vinculante y no puede ser apelada. El arbitraje se llevará a cabo en un lugar privado y no en una sala de juicios.

### 17. ¿Puede un árbitro conceder las mismas clases y cantidades de daños que una corte o un juicio?

Sí.

### 18. Si mi empleo es terminado y prosigo con el arbitraje, ¿podrá reincorporarme el árbitro?

Sí. Usted podría ser otorgado remedios completos disponibles a través de los tribunales incluyendo la reincorporación y paga retroactiva.

### 19. ¿Quién paga los costos deArbitraje?

La Compañía pagará los gastos y honorarios de los servicios de arbitraje, la sala de audiencia y el árbitro. Los gastos incurridos por el Empleado durante el Arbitraje son responsabilidad del Empleado. Asimismo, cualesquier otro gasto incurrido por la Compañía durante el arbitraje es la obligación de la Compañía. Esto incluye, a modo de ejemplo, los gastos de transporte, honorarios de preparación de transcripción, honorarios del abogado y honorarios de testigos expertos. Sin embargo, un árbitro puede adjudicar honorarios y costos de acuerdo con la legislación aplicable.

### 20. ¿Necesito contratar a un abogado para participar en la mediación o arbitraje?

No. Tanto la Compañía como el Empleado tienen el derecho a ser representado por un abogado de su elección y a su costa. Sin embargo, si el empleado notifica a la Compañía que él o ella no va a estar representado por un abogado en la audiencia de arbitraje por lo menos treinta (30) días antes de la audiencia, la Compañía no estará representada por un abogado en la audiencia.

**El Departamento de Resolución de Conflicto puede ser contactado con preguntas adicionales en 800-817-3171.**

# Exhibit 2

# DISPUTE RESOLUTION PROCESS ACKNOWLEDGEMENT

This agreement contains the requirements, obligations, procedures and benefits of the Dispute Resolution Process (DRP). I acknowledge that I have received and/or have had the opportunity to read this arbitration agreement. I understand that this arbitration agreement requires that disputes that involve the matters subject to the agreement be submitted to mediation or arbitration pursuant to the arbitration agreement rather than to a judge or jury in court. I agree as a condition of my employment, to submit any eligible disputes I may have to the DRP and to abide by the provisions outlined in the DRP. I understand this includes, for example, claims under state and federal laws relating to harassment or discrimination, as well as other employment-related claims as defined by the DRP. Finally, I understand that the Company is equally bound to all of the provisions of the DRP.

▐███████████▌

Employee Name (please print)

▐███████████▌

Employee Signature                              1-14-14
                                                Date

Manager/Director Name (please print)

Manager/Director Signature                      _____
                                                Date

**Minor Employee must also have a Parent/Guardian print and sign below**

I, as Parent/Guardian of the above named Employee, acknowledge that I have received and/or have had the opportunity to read this arbitration agreement. I understand that this arbitration agreement requires that disputes that involve the matters subject to the agreement be submitted to mediation or arbitration pursuant to the arbitration agreement rather than to a judge or jury in court.

Parent/Guardian Name (please print)

Parent/Guardian Signature                       _____
                                                Date

11

January 2013

# Exhibit 3

# DISPUTE RESOLUTION PROCESS ACKNOWLEDGEMENT

This agreement contains the requirements, obligations, procedures and benefits of the Dispute Resolution Process (DRP). **I acknowledge that I have received and/or have had the opportunity to read this arbitration agreement. I understand that this arbitration agreement requires that disputes that involve the matters subject to the agreement be submitted to mediation or arbitration pursuant to the arbitration agreement rather than to a judge or jury in court.** I agree as a condition of my employment, to submit any eligible disputes I may have to the DRP and to abide by the provisions outlined in the DRP. I understand this includes, for example, claims under state and federal laws relating to harassment or discrimination, as well as other employment-related claims as defined by the DRP. Finally, I understand that the Company is equally bound to all of the provisions of the DRP.

_____
Employee Name (please print)

_____          02/16/16
Employee Signature                                   Date

Kyle Drake
Manager/Director Name (please print)

_____          2/16/16
Manager/Director Signature                        Date

**Minor Employee must also have a Parent/Guardian print and sign below**

I, as Parent/Guardian of the above named Employee, acknowledge that I have received and or have had the opportunity to read this arbitration agreement. I understand that this arbitration agreement requires that disputes that involve the matters subject to the agreement be submitted to mediation or arbitration pursuant to the arbitration agreement rather than to a judge or jury in court.

_____
Parent/Guardian Name (please print)

_____          _____
Parent/Guardian Signature                        Date

# Exhibit 4

 **DARDEN.**

Olive Garden • LongHorn Steakhouse • Cheddar's Scratch Kitchen • Yard House • The Capital Grille • Seasons 52 • Bahama Breeze • Eddie V's

---

**VIA E-MAIL: peter@pcwlawoffice.com**

May 30, 2019

Law Office of Peter C. Wood, Jr., P.C
1170 Route 315, Suite 1
Wilkes-Barre, PA 18702

**RE:**

Dear Mr. Wood:

I represent LongHorn Steakhouse ("LongHorn"). We are in receipt of your May 22, 2019 letter regarding your clients,                                             . Please note my representation for your file and direct any future communications regarding this matter directly to my attention. At this time, we have initiated a full investigation into your clients' allegations.

I write to advise you that at the inception of employment your clients signed the dispute resolution program ("DRP") agreement, agreeing to submit any employment related claim to binding arbitration. Part of the DRP includes pre-arbitration mediation. Please advise whether your clients will proceed to the DRP as agreed. For you convenience, I have enclosed the DRP agreement, both of your client's signed acknowledgments and the form that needs to be completed in order to initiate the process.

If you have any question at all regarding our clients' mutual obligations under the DRP, please call me directly at (407) 245-6056. I look forward to hearing from you.

Sincerely,

Seth N. Rivera
Senior Associate Counsel

Enclosures

# DISPUTE RESOLUTION PROCESS ACKNOWLEDGEMENT

This agreement contains the requirements, obligations, procedures and benefits of the Dispute Resolution Process (DRP). **I acknowledge that I have received and/or have had the opportunity to read this arbitration agreement. I understand that this arbitration agreement requires that disputes that involve the matters subject to the agreement be submitted to mediation or arbitration pursuant to the arbitration agreement rather than to a judge or jury in court.** I agree as a condition of my employment, to submit any eligible disputes I may have to the DRP and to abide by the provisions outlined in the DRP. I understand this includes, for example, claims under state and federal laws relating to harassment or discrimination, as well as other employment-related claims as defined by the DRP. Finally, I understand that the Company is equally bound to all of the provisions of the DRP.

███████████████
Employee Name (please print)

███████████████
Employee Signature                          *1-14-14*
                                            Date

_____
Manager/Director Name (please print)

_____
Manager/Director Signature                  _____
                                            Date

**Minor Employee must also have a Parent/Guardian print and sign below**

I, as Parent/Guardian of the above named Employee, acknowledge that I have received and or have had the opportunity to read this arbitration agreement. I understand that this arbitration agreement requires that disputes that involve the matters subject to the agreement be submitted to mediation or arbitration pursuant to the arbitration agreement rather than to a judge or jury in court.

_____
Parent/Guardian Name (please print)

_____
Parent/Guardian Signature                   _____
                                            Date

11

January 2013

# DISPUTE RESOLUTION PROCESS ACKNOWLEDGEMENT

This agreement contains the requirements, obligations, procedures and benefits of the Dispute Resolution Process (DRP). **I acknowledge that I have received and/or have had the opportunity to read this arbitration agreement. I understand that this arbitration agreement requires that disputes that involve the matters subject to the agreement be submitted to mediation or arbitration pursuant to the arbitration agreement rather than to a judge or jury in court.** I agree as a condition of my employment, to submit any eligible disputes I may have to the DRP and to abide by the provisions outlined in the DRP. I understand this includes, for example, claims under state and federal laws relating to harassment or discrimination, as well as other employment-related claims as defined by the DRP. Finally, I understand that the Company is equally bound to all of the provisions of the DRP.

_____

Employee Name (please print)

_____          02/16/16
Employee Signature                                Date

Kyle Drake
Manager/Director Name (please print)

_____          2/16/16
Manager/Director Signature                        Date

**Minor Employee must also have a Parent/Guardian print and sign below**

I, as Parent/Guardian of the above named Employee, acknowledge that I have received and or have had the opportunity to read this arbitration agreement. I understand that this arbitration agreement requires that disputes that involve the matters subject to the agreement be submitted to mediation or arbitration pursuant to the arbitration agreement rather than to a judge or jury in court.

_____

Parent/Guardian Name (please print)

_____          _____
Parent/Guardian Signature                         Date

# American Arbitration Association
## Submission To Dispute Resolution

The named parties hereby submit the following dispute for resolution, under the rules of the American Arbitration Association:

Rules Selected:           ___ Commercial                  ___ Construction

                          **_X_  Employment**

Procedure Selected:      ___ Binding Arbitration         ___ Mediation

                          ___ Other_____

Nature of Dispute (attach additional sheets if necessary):_____
_____

Amount of Monetary Claim or Nature of Non-Monetary Claim:_____

Type of Business:  <u>Restaurant</u>_____Respondent_____

Place of Hearing:_____

We agree that, if arbitration is selected, we will abide by and perform any award rendered hereunder and that a judgment may be entered on the award.

To be completed and signed by all parties
(attach additional sheets if necessary, please remember to obtain signatures)

| | |
|---|---|
| _____ | _GMRI, Inc. d/b/a_____ |
| Name of Party | Name of Party |
| _____ | _1000 Darden Center Drive_____ |
| Address | Address |
| _____ | _Orlando, FL 32837_____ |
| City, State and Zip Code | City, State and Zip Code |
| (____)_____ | _____ |
| Telephone            Fax | Telephone            Fax |
| _____ | _____ |
| Name of Party's Attorney/Representative | Name of Party's Attorney |
| _____ | _____ |
| Name of Firm (if applicable) | Name of Firm (if applicable) |
| _____ | _____ |
| Address | Address |
| _____ | _____ |
| City, State and Zip Code | City, State and Zip Code |
| (____)_____ | (____)_____ |
|       Telephone         Fax |       Telephone         Fax |
| _____ | _____ |
| Signed* (may be signed by a representative) Title | Signed*               Title |
| Date:_____ | Date:_____ |

*Signatures of all parties are required.*



# DISPUTE

*Resolution*

# PROCESS



This document is the Dispute Resolution Process (DRP) agreement between the Employee and his/her employer ("the Company"), which is a direct or indirect subsidiary of Darden Restaurants, Inc. The DRP is governed by the Federal Arbitration Act (9 U.S.C. §§ 1 et seq.). The requirements, obligations, procedures and benefits in this booklet are binding on the Employee and the Company during and after the period of the Employee's employment.

The mutual goal of DRP is to resolve eligible work related problems, concerns and disputes between the Employee and the Company in a prompt, fair and efficient way that protects the legal rights of both the Employee and the Company.

This agreement is used throughout the United States. The DRP is always to be used and interpreted consistently with applicable law. If any provision of the DRP is in conflict with applicable law, that provision may be severed or revised to make the DRP valid and enforceable. The severed or revised provision, will not affect the remaining provisions of the DRP. Additionally, the DRP may be updated from time to time as required by applicable law.

# TABLE OF CONTENTS

Page 2:        Introduction

Page 4:        How to Use DRP

Page 4:        Step 1 - Open Door

Page 4:        Step 2 - Peer Review

Page 4:        Step 3 - Mediation

Page 6:        Step 4 - Arbitration

Page 9:        DRP Overview

Page 11:       DRP Acknowledgement

Page 12:       Frequently Asked Questions

January 2013

# INTRODUCTION

Occasional differences may arise between the Company and an Employee, both during and after employment. The mutual goal is to resolve work-related problems, concerns and disputes in a prompt, fair and efficient way that protects the legal rights of both the Employee and the Company.  To accomplish this goal, the Dispute Resolution Process (DRP) is comprised of a four-step process: Open Door, Peer Review, Mediation and Arbitration.

The DRP, instead of court actions, is the sole means for resolving covered employment-related disputes.  Disputes eligible for DRP must be resolved only through DRP, with the final step being binding arbitration heard by an arbitrator.  This means DRP-eligible disputes will not be resolved by a judge or jury.  Neither the Company nor the Employee may bring DRP-eligible disputes to court.  The Company and the Employee waive all rights to bring a civil court action for these disputes.

## What is covered under DRP?

The **Open Door**, as described on page 4, is the first step in DRP and is always available to Employees or the Company to use to discuss any issues or resolve any disputes relating to their employment.

Steps two and three of DRP – **Peer Review** and **Mediation** – apply to all employment-related disputes or claims brought by the Employee against the Company or the Company against the Employee other than those limited "Exceptions" listed below.  Some examples of disputes which are covered by the first three steps of DRP include, but are not limited to:  disputes about compensation earned, termination, discrimination and harassment.

Only disputes which state a legal claim may be submitted to **Arbitration,** which is the fourth and final step of DRP.  The arbitrator has the authority to dismiss disputes that do not state a legal claim.  Examples of legal claims covered by DRP include but are not limited to: claims that arise under the Civil Rights Act of 1964, Americans With Disabilities Act, Fair Labor Standards Act, Age Discrimination in Employment Act, and Family Medical Leave Act.

## What are the exceptions to DRP?

The DRP is **not** available to resolve disputes:

> related to Workers Compensation or Unemployment Insurance benefits;

> that are legally required by controlling federal law to be arbitrated or resolved under a different process;

> claims for employee benefits under any benefit plan sponsored by the Company and covered by Employee Retirement Income Security Act of 1974 or funded by insurance, unfair competition, violation of trade secrets, any common law right or duty, or any federal, state or local ordinance or statute; or

> regarding wage rates, wage scales or benefits, performance standards or ratings, work rules, food quality and service standards, or company policies and procedures,

including whether to open or close operations; unless these disputes are brought pursuant to a specific federal or state statute, or other applicable legal standard.

## What are the exceptions to Arbitration?

The final step of DRP – Arbitration – is **not** available to resolve disputes:

- that do not state a legal claim under applicable law;
- that by controlling federal law cannot be subjected to mandatory arbitration; or
- that are legally required under controlling federal law to be arbitrated or resolved under a different process.

## Class, Collective and Representative Actions

There will be no right or authority for any dispute to be brought, heard or arbitrated by any person as a class action, collective action or on behalf of any other person or entity under the DRP. The arbitrator has no jurisdiction to certify any group of current or former employees, or applicants for employment, as a class or collective action in any arbitration proceeding.

## Other Actions

The DRP does not prevent an Employee from exercising statutorily protected rights to file any administrative charge or complaint with administrative agencies. Such administrative claims include, without limitation, claims or charges brought before the Equal Employment Opportunity Commission, the U.S. Department of Labor, and the National Labor Relations Board. Nothing in the DRP will preclude or excuse the Employee from bringing an administrative claim before any agency in order to fulfill the obligation to exhaust administrative remedies before making a claim in arbitration.

## How long do I have to submit my dispute to DRP?

Disputes must be submitted for resolution through DRP **within one (1) year or within the applicable statute of limitations if less than one year.** The statute of limitations period will begin from the date the party requesting DRP first learned of the facts giving rise to the claim/dispute or reasonably should have known about the claim/dispute. Where time limits for filing a claim (i.e., statutes of limitations) cannot be modified by agreement of the Employee and the Company, the legally-mandated time limits applicable to the claim will apply. After submission of the dispute to DRP, DRP must be pursued with reasonable diligence. Any disputes regarding this provision will be decided by the arbitrator as a threshold matter.

## How do I contact the DRP Department?

If there are any questions about DRP or how to begin the process, please contact the DRP Department by calling toll free, 1-800-817-3171, or in writing to: Dispute Resolution Department, 1000 Darden Center Drive, Orlando, FL 32837.

# HOW TO USE DRP – THE FOUR STEPS

## Step 1.  Open Door

The first step in resolving a dispute is to use the **Open Door**.  If the Employee has a workplace concern or dispute, they are to bring it to the attention of their manager.  If, for any reason, the Employee does not feel they can talk to their manager about the problem, the Employee should then bring it to the attention of the next person in their chain of supervision, such as their General Manager, Director, etc., or they may contact a representative from Employee Relations or Human Resources at 1-800-932-2558.  In addition, the Employee may contact the DRP Department, by calling toll free, 1-800-817-3171, or in writing to:  Dispute Resolution Department, 1000 Darden Center Drive, Orlando, FL 32837.

Open Door allows for an open and honest exchange by the people who are closest to the problem and often provides the best insight and opportunity for mutual resolution. *The Employee can use all of the steps of DRP or discuss any issue/dispute without fear of retaliation.*

## Step 2.  Peer Review

If using the Open Door has not resolved the issue/dispute, the Employee can submit his or her issue/dispute to **Peer Review** by simply filling out a **DRP Submission Form** which may be obtained by calling the DRP Department at 1-800-817-3171.

Peer Review provides a way for the parties to personally present the issue/dispute to a panel of three employees, two who are at the same level in the Company as the Employee, and the third being a next level management employee.  At Peer Review, the Employee and the Company each have up to thirty (30) minutes to present their position to the panel separately and privately.  The Peer Review panel considers the issue/dispute, and makes a non-binding decision, which is communicated to the Employee and the Company within thirty (30) days of the Peer Review.  The Peer Review panel has the ability to grant reinstatement of employment and benefits, back pay/lost wages and/or reversal of the Company's action or decision.

If the Employee and the Company are both satisfied with the Peer Review panel's decision, both the Employee and the Company will sign the Peer Review response form agreeing to the decision, and the matter will be considered resolved. The decision then becomes final and binding on the Employee and the Company.  If either the Employee or the Company is not satisfied with the panel's decision, the dissatisfied party can submit the matter to Mediation. If neither the Employee nor the Company requests mediation of the matter (as described below), **within thirty (30) days** after receiving the Peer Review panel's decision, this will also constitute acceptance of the panel's decision and it will become final and binding on both parties.

## Step 3.  Mediation

If Peer Review does not resolve the issue/dispute, either the Employee or the Company can submit the matter to mediation.

January 2013

## Notice

A request for mediation must be in writing and provided to the other party **within thirty (30) days** of receiving the Peer Review panel's decision.  Mediation notices to the Company must be sent to: Dispute Resolution Department, 1000 Darden Center Drive, Orlando, FL 32837.  Notices to the Employee will be sent via certified or express mail to the Employee's last known address.

## Selection and Qualifications of Mediator

Mediation will be conducted by a mediator knowledgeable of and experienced in employment law.  The mediation request will be referred to a mediation service (such as the American Arbitration Association, JAMS or Resolute Systems, Inc.)  for selection and appointment of a qualified mediator.  Alternatively, the parties may agree to jointly select a mediator without the assistance of a mediation service.

## Applicable Procedural Rules

Both the Employee and the Company have the right, but are not required, to be represented by a lawyer of their choice and at their own expense at the mediation.  However, if either party will be represented by a lawyer, that party must notify the other at least thirty (30) days before the date of the mediation.

The mediation will be conducted according to the Employment Arbitration Rules and Mediation Procedures of the American Arbitration Association (AAA), except to the extent modified by DRP or by applicable law.  The AAA's Employment Arbitration Rules and Mediation Procedures are available online at www.adr.org under the heading "Rules & Procedures" or can be found using an internet search engine (for example, Google) by searching "AAA Employment Arbitration Rules and Mediation Procedures."

## Fees and Costs

The Company will pay the administrative fees and costs associated with conducting the mediation under this Step 3 (including the mediation facilitation service, mediator fees, mediation room charges and teleconference and video conference costs).  Additional costs will be borne by each party as incurred.

## Location

The mediation will be conducted either in person or via teleconference or video conference.  Either or both parties may opt to attend mediation via teleconference or video conference, provided notice is given to the other party and the mediator at the time the mediation is scheduled.  If any party will be attending the mediation in person, the mediation will be held in or near the city of the restaurant where the issue/dispute occurred unless the Employee and the Company mutually agree to hold it somewhere else.

## Resolution

If the issue/dispute is resolved during mediation, the Employee and the Company will each sign a written agreement containing the terms of the resolution.  The agreement will be final

and binding on both parties and will conclude the DRP process. The agreement will be fully enforceable in a court of competent jurisdiction.

## Termination of Mediation without Resolution

The mediation will terminate without resolution if the mediator, the Employee or the Company determine that further attempts to mediate are not worthwhile.  If the mediation is terminated by the mediator, the mediator and/or mediation service will submit written notice to both the Employee and the Company confirming that the mediation has terminated. If the mediation is terminated by the Employee or the Company, the party terminating the mediation will submit written notice to the address of record of the other party via certified or registered mail, return receipt requested, confirming that the mediation has terminated. A copy of the written notice must also be submitted to the mediator and/or mediation service.


## Step 4.  Arbitration

If mediation does not resolve the dispute, either the Employee or the Company can submit the matter to binding arbitration.

## Eligibility

Only disputes that state a legal claim will be arbitrated (SEE "What is Covered under DRP" on page 2). The arbitrator has the sole authority to determine whether a dispute is arbitrable and whether it has been timely filed and pursued.  If the arbitrator finds that a dispute does not state a legal claim, has not been timely filed, or has not been timely pursued from one step of DRP to the next, the arbitrator's decision is final and binding and the dispute is considered to be resolved.

## Notice

The request for arbitration must be in writing and provided to the other party by certified or registered mail, return receipt requested, within thirty (30) days of receipt of written notification that mediation has been terminated (SEE "Termination of Mediation Without Resolution" on page 6).  The request will include identification of the parties, a statement of the legal and factual basis for the claim(s), and a specification of the remedy sought.

## Selection and Qualification of Arbitrator

The arbitration will be conducted by a single arbitrator knowledgeable of and experienced in employment law.  The arbitration will be referred to an arbitration service (such as the American Arbitration Association (AAA), JAMS or Resolute Systems, Inc.) for selection and appointment of a qualified arbitrator and administration of the arbitration process in accordance with applicable rules.  Alternatively, the parties may agree to jointly select an arbitrator that meets the qualifications without the assistance of an arbitration service.

## Applicable Law and Procedural Rules

The arbitrator will resolve any issue/dispute arising out of or relating to the interpretation or application of the DRP or its rules, including without limitation, any arbitration rules or procedures or manner in which the arbitration proceeding will be conducted.

Both the Employee and the Company have the right, but are not required, to be represented by a lawyer of their choice and at their own expense (subject to remedies awarded by the arbitrator in accordance with applicable law) at the arbitration hearing. However, if the Employee notifies the Company, at least thirty (30) days before the date of the hearing that he or she will not be represented by a lawyer at the arbitration hearing, the Company will also not be represented by a lawyer at the arbitration hearing.

The arbitration will be conducted according to the Employment Arbitration Rules and Mediation Procedures of the American Arbitration Association (AAA), except to the extent modified by DRP or by applicable law.  The arbitration and any decision or award made by the arbitrator will be final and binding on the Employee and the Company and enforceable in a court of competent jurisdiction.  The AAA's Employment Arbitration Rules and Mediation Procedures are available online at **www.adr.org** under the heading "Rules & Procedures" or can be found using an internet search engine (for example, Google) by searching for "AAA Employment Arbitration Rules and Mediation Procedures."

## Fees and Costs

The Company will pay the arbitrator's fees and expenses, any costs for the hearing facility, and any costs of the arbitration service.

Any other expenses incurred by a party during the arbitration are the party's responsibility subject to remedies awarded by the arbitrator in accordance with applicable law.  This includes, by way of example only, transcript preparation fees, attorneys' fees, and expert witness fees.  However, an arbitrator is authorized to award fees and costs in accordance with and subject to the limitations of applicable law.

## Location

The arbitration will take place in or near the city of the restaurant where the issue/dispute occurred unless the Employee and the Company mutually agree to hold it somewhere else.

## Authority of the Arbitrator

In addition to the authority granted to the arbitrator under AAA's Employment Arbitration Rules and Mediation Procedures:

1. The arbitrator will have the authority to determine whether a dispute is arbitrable and whether it is timely filed and pursued under the DRP and any applicable laws. After conferring with both the Employee and the Company, the arbitrator will set an appropriate date, time, location and duration for the arbitration.

2. Arbitrations will be heard on an individual basis, as described in and subject to the section entitled **Class, Collective and Representative Actions** on page 3 above.

3. In arbitration, the parties will have the right to bring dispositive motions (such as motions to dismiss or for summary judgment) and present witnesses and evidence as needed to present their cases and defenses, and any disputes in this regard will be resolved by the arbitrator.

January 2013

4. The Employee and the Company each have the right to subpoena witnesses and documents for the arbitration hearing.  Subpoenas must be served on the other party and submitted to the arbitrator.  Any objection to the issuance of any subpoena must be submitted to the arbitrator within ten (10) days following receipt of the request or within such time period required by applicable law, as determined by the arbitrator.

5. The arbitrator will have the same authority as a court of law to grant requested relief; this would include relief requested regarding temporary restraining orders and preliminary injunctive remedies.  However, this provision does not prevent either the Employee or the Company from requesting available temporary or preliminary injunctive remedies from an appropriate court.  The request for temporary or preliminary injunctive remedies does not remove the dispute from final resolution by the arbitrator.  The request for temporary or preliminary injunctive remedies does not waive the requesting party's right to arbitrate claims covered by the DRP.

6. Unless done pursuant to a specific federal or state statute, or applicable common law, the arbitrator will have no authority to establish wage rates, wage scales or benefits, performance standards or ratings, work rules, food quality and service standards, or similar company policies and procedures, including whether to open or close any operations.

## Arbitration Transcript

Either the Employee or the Company may arrange for a court reporter to provide a stenographic record of the proceedings consistent with the provisions of the AAA's Employment Arbitration Rules and Mediation Procedures.

## Post-Hearing Briefs

Either the Employee or the Company upon request at the close of the hearing, may file a post-hearing brief. Whether briefs are permitted, the time for filing briefs and any additional requirements, such as a maximum page limit, will be set by the arbitrator at the hearing.

## Arbitrator's Decision

The arbitrator will issue a written decision, including a statement of the arbitrator's findings of fact and conclusions of law, within thirty (30) days after the date the hearing ends.

## Judicial Enforcement

Either the Employee or the Company may bring an action in any court of competent jurisdiction to compel Arbitration under this agreement and/or to confirm, modify, enforce or vacate an arbitration award, as may be permitted by law.

January 2013

# DARDEN
# DISPUTE RESOLUTION PROCESS OVERVIEW

| OPTION | WHAT | WHO | WHY | HOW |
|---|---|---|---|---|
| **1**<br><br>**Open Door** | A way to discuss and resolve concerns with management without retaliation<br>• Informal<br>• Covers work-related disputes<br>• Encourages early resolution | Bring concern to:<br>• Manager<br>• General Manager<br>• Director<br>• Employee Relations<br>• Senior Vice President<br>• President | • Encourages early resolution of concern<br>• Open and flexible<br>• Easily accessible<br>• Helps preserve working relationships<br>• Resolves concerns amicably<br>• Promotes open communication | • Discuss concern in person with manager or with Employee Relations<br>• Discuss concern with GM or DO, or<br>• Call Employee Relations<br>• See DRP Poster for phone numbers |
| **2**<br><br>**Peer Review** | A way to bring a concern to a three-member panel for resolution<br>• Informal<br>• Covers work-related disputes<br>• Panel returns a written decision | Conducted by a trained facilitator<br>• Three-member panel made up of two peers (co-workers) and one management panelist<br>• Witness called at panel's discretion<br>• Conducted by a trained Facilitator selected by you | • Fresh perspective from those outside the issue, but within the Company<br>• Quick resolution of the concern<br>• Helps preserve working relationship | Present concern to a trained panel that will listen, evaluate and return a decision that is not binding unless the parties agree to it<br>• Submit a completed DRP submission form to DRP Department,, Phone: 800-817-3171 |
| **3**<br><br>**Mediation** | A way to take a dispute to a neutral third party who will assist the Employee and the Company in finding a compromise<br>• Informal<br>• Covers work-related disputes<br>• Non-binding unless parties agree to settle | Mediator chosen by the Employee and the Company or appointed by the American Arbitration Association or other mediation service | • Benefit of neutral, outside third-party expert to assist in negotiation<br>• Win-win solution<br>• Fast and inexpensive (no cost to Employee)<br>• Helps preserve working relationships<br>• Non-binding unless both parties agree to a resolution | Present concern to a neutral third party that will assist the Employee and the Company in finding a compromise<br>• Submit a Mediation request form to DRP Dept.<br>• Contact DRP Dept at 800-817-3171 |
| **4**<br><br>**Arbitration Final** | A way to take a dispute to an outside, neutral third party for a decision that is binding on all parties<br>• Structured, but less formal than court trials<br>• Covers all eligible work-related disputes<br>• Written decision binding on the Employee and the Company<br>• Legal representation allowed but not required (it is the Employee's choice) | Third-party arbitrator, chosen by the Employee and the Company or appointed by AAA or other arbitration service | • Benefit of neutral, outside third-party expert to make final decision<br>• Arbitrator has authority to grant legal and equitable relief as in a court of law<br>• Quicker resolution than traditional court process<br>• Simpler and more economical; no cost to Employee<br>• Helps preserve working relationships | Present dispute to a neutral third party who will evaluate the issue and return a final decision that is binding on both the Employee and the Company<br>• If a Mediation fails, a DRP-eligible dispute may be pursued by submitting a written notice to the other party |

January 2013

# **NOTES**

# DISPUTE RESOLUTION PROCESS ACKNOWLEDGEMENT

This agreement contains the requirements, obligations, procedures and benefits of the Dispute Resolution Process (DRP).  **I acknowledge that I have received and/or have had the opportunity to read this arbitration agreement.  I understand that this arbitration agreement requires that disputes that involve the matters subject to the agreement be submitted to mediation or arbitration pursuant to the arbitration agreement rather than to a judge or jury in court.**  I agree as a condition of my employment, to submit any eligible disputes I may have to the DRP and to abide by the provisions outlined in the DRP.  I understand this includes, for example, claims under state and federal laws relating to harassment or discrimination, as well as other employment-related claims as defined by the DRP.  Finally, I understand that the Company is equally bound to all of the provisions of the DRP.

_____

Employee Name (please print)

_____          _____

Employee Signature                                                    Date

_____

Manager/Director Name (please print)

_____          _____

Manager/Director Signature                                         Date

**Minor Employee must also have a Parent/Guardian print and sign below**

**I, as Parent/Guardian of the above named Employee, acknowledge that I have received and or have had the opportunity to read this arbitration agreement.  I understand that this arbitration agreement requires that disputes that involve the matters subject to the agreement be submitted to mediation or arbitration pursuant to the arbitration agreement rather than to a judge or jury in court.**

_____

Parent/Guardian Name (please print)

_____          _____

Parent/Guardian Signature                                          Date

January 2013

# FREQUENTLY ASKED QUESTIONS

**1.  What is the Dispute Resolution Process (DRP)?**

The Dispute Resolution Process is in place to resolve work-related problems, concerns and disputes between you and the Company in a prompt, fair and efficient way while protecting the legal rights of both. The DRP consists of four steps:

- **Open Door:** Allows the Employee to bring a workplace issue/dispute to the attention of his/her manager or the next person in the chain of supervision or the Employee may contact  a representative from Employee Relations or Human Resources. Contact information can be found in your employee handbook or DRP poster.
- **Peer Review:** If the Open Door does not resolve the issue/dispute, it can be submitted to a Peer Review panel which will listen to both sides, evaluate and return a decision that is not binding unless the parties agree.
- **Mediation:** If not satisfied with the Peer Review panel's decision, either the Employee or the Company may submit the issue/dispute to mediation. The mediation will be conducted by a mediator who is a neutral party and is trained in dispute resolution. During mediation, the mediator listens to the issue/dispute and helps the Employee and the Company reach an agreement by opening up communication and suggesting options.
- **Arbitration:** If the issue/dispute is not resolved in mediation, either the Employee or the Company may submit the eligible issue/dispute to final and binding arbitration. Arbitration is the final step in the DRP. Both parties present their sides to an arbitrator, a neutral outside party, at an arbitration hearing. The arbitrator then weighs the evidence and makes a final and binding decision.

Other than the exceptions listed in the section entitled "Exceptions to DRP" in the DRP agreement you have received, the first three steps of DRP (Open Door, Peer Review and Mediation) apply to all employment-related issues/disputes or claims brought by you or the Company. *Only disputes that state a legal claim may be submitted to Arbitration.*

***You may use all of the steps of DRP or discuss any issue/dispute without fear of retaliation.***

**2.  Will I have to pay anything when I use the DRP?**

Administrative costs of the DRP will be paid for by the Company. This includes Peer Review costs; costs and fees of the mediation service and mediator; and cost and fees of the arbitration service and arbitrator. Any other expenses incurred by you are your responsibility. Likewise, any other expenses incurred by the Company are the obligation of the Company. This includes, by way of example only, transportation fees, transcript preparation fees, attorneys' fees, and expert witness fees. However, in arbitration, an arbitrator may award fees and costs according to applicable law.

**3.  Do I have to follow the steps of DRP in order?**

It is recommended that the steps of DRP be followed in order. Often times using the Open Door to speak with someone in management, who is closest to the situation, is the

most efficient and effective way to resolve workplace disputes. Peer Review may be bypassed only by written mutual consent, but arbitration will always be the final step in resolving a dispute.

4. **What is the Open Door?**

The Open Door is the first step in resolving a concern or dispute.  If you have a work-related concern or dispute, you are to bring it to the attention of your manager or to the next person in the chain of supervision (i.e., General Manager, Director of Operations, etc.) or you may contact a representative from Employee Relations or Human Resources. Contact information can be found in your employee handbook. The Open Door allows for an open and honest exchange by the people who are closest to the problem and often provides the best insight and opportunity for mutual resolution. *You may use all of the steps of DRP or discuss any issue/dispute without fear of retaliation.*

5. **What if my issue/dispute is with my manager?**

If, for any reason, you do not feel you can talk to your manager about the problem or issue/dispute, you should bring it to the attention of the next person in the chain of supervision, such as your General Manager, Director of Operations, etc. or you may contact a representative from Employee Relations or Human Resources. Contact information can be found in your employee handbook or DRP poster.

6. **What do I do if my manager starts to make things difficult for me after I complain?**

Retaliation for using or participating in the DRP is prohibited by the Company.  If you believe you are being retaliated against by your manager or any other employee, you should take it to a higher level manager or contact a representative from Employee Relations or Human Resources.

7. **Can I use the DRP to resolve any problem that happens at work?**

Other than the exceptions listed in the section entitled "Exceptions to DRP" in the DRP handbook you have received, the first three steps of DRP (Open Door, Peer Review and Mediation) apply to all employment related issues/disputes or claims brought by you or the Company. *Only issues/disputes that state a legal claim may be submitted to Arbitration.*

8. **How do I request DRP?**

If you have a work place issue/dispute, you should first try to resolve it through the Open Door, which is the first step.  If the Open Door does not resolve the issue/dispute, you will be referred to the Dispute Resolution Process Department to request the next step of the DRP which is Peer Review. You may also contact the Dispute Resolution Department at 1-800-817-3171.

9. **What is Peer Review?**

If the Open Door does not resolve the issue/dispute, it can be submitted to Peer Review by contacting the Dispute Resolution Process Department and completing a DRP Submission Form.  Peer Review provides a way for the parties to personally present the

issue/dispute to a panel of three employees—two peers (co-workers) and a management level panelist from outside your restaurant or department. At Peer Review you and the Company each have up to thirty (30) minutes to separately and privately present your positions to the panel. The Peer Review panel will listen, evaluate and ask questions, then return a decision. A Peer Review panel decision is not binding on you or the Company, unless both agree to the decision.

**10. What can a Peer Review panel do to resolve my issue/dispute?**

The Peer Review panel has the ability to grant reinstatement of employment and benefits, back pay, lost wages and reversal of the Company's action or decision.

**11. Won't a Peer Review panel's decision just be a rubber stamp of management's position?**

No. Peer Review panels confidentially review a management action that an Employee believes to be inconsistent with policy or past practice. They hear and weigh the evidence and privately vote on the dispute. You, the Company Representative and the panel members are required and instructed to maintain absolute confidentiality. Therefore, no one will know about the panel's questions or how the panel members voted.

**12. What if either I or the Company does not agree with the Peer Review panel's decision?**

A Peer Review panel decision is not binding on you or the Company, unless both agree to it. If not satisfied with the Peer Review panel's decision, you or the Company can submit the issue/dispute to Mediation, which is the next step in the Dispute Resolution Process (DRP).

**13. Can I bring an attorney to my Peer Review?**

No. The Peer Review process is a confidential process that allows you and the Company to present the issue/dispute directly to a panel of peers. Neither you nor the Company may have an attorney or other representative at the Peer Review.

**14. How do I become a panelist on a Peer Review?**

To be eligible to be a panelist you must:
- ✓ Have at least 1 year of service with the company
- ✓ Be at least 18 years old
- ✓ Have a satisfactory or above performance rating
- ✓ Have no disciplinary actions for the past six months
- ✓ Speak and understand English

There should be a panelist sign-up sheet posted by your manager in your restaurant on which you can write your name as a volunteer. If you are selected as a panelist, you will receive training prior to the Peer Review. If there is not a list posted in your restaurant please see your manager to request one be posted or please contact the DRP Department at 1-800-817-3171 for assistance.

**15. What is the difference between mediation and arbitration?**

In mediation, a neutral third party helps you and the Company reach a resolution regarding the issue/dispute.  In mediation, you and the Company each will present the issue/dispute to a mediator. The mediator will then attempt to negotiate a mutually acceptable agreement to resolve the issue/dispute. The mediator does not have the authority to impose a final and binding decision; only you and the Company can do that.

The arbitration process is more formal than mediation.  In arbitration, a neutral third party (the arbitrator) listens to both parties each present their case in an arbitration hearing and renders a decision that is final and binding.  *Only disputes that state a legal claim may be submitted to arbitration.*

**16. How does arbitration differ from a court trial?**

In many ways the two are very similar. In arbitration, an arbitrator can award the same remedies and damages as a court of law. The main differences are that arbitration is less formal than court trials, generally less costly, exchange of information is more limited, and the decision of the arbitrator is final and binding and may not be appealed.  Arbitration is held in a private setting and not in a courtroom.

**17. Can an arbitrator award the same kind and amount of damages that a court or jury trial could?**

Yes.

**18. If I am terminated and pursue arbitration, can the arbitrator reinstate me?**

Yes. You may be awarded full remedies available through the courts including reinstatement and full back pay.

**19. Who pays the arbitration costs?**

The Company will pay the costs and fees of the arbitration service, the hearing facility and arbitrator.  Any other expenses incurred by the Employee during the arbitration are the Employee's responsibility. Likewise, any other expenses incurred by the Company during the arbitration are the obligation of the Company.  This includes, by way of example only, transportation fees, transcript preparation fees, attorneys' fees, and expert witness fees.  However, an arbitrator may award fees and costs according to applicable law.

**20. Do I have to hire an attorney to go to mediation or arbitration?**

No. Both the Company and the Employee have the right to be represented by counsel of their choice and at their expense. However, if the Employee notifies the Company that he or she will not be represented by counsel at the arbitration hearing at least thirty (30) days prior to the hearing, the Company will not be represented by counsel at the hearing.

**The Dispute Resolution Department may be contacted with any further questions at 1-800-817-3171.**

January 2013



PROCESO de

Resolución

de DISPUTAS

© 2013 Darden Concepts, Inc. ID-332
January 2013
00350242

**CÓMO COMUNICARSE CON EL DEPARTAMENTO DE DRP:**
Si tiene preguntas acerca del DRP o de cómo comenzar el proceso, favor
de llamar al 1-800-817-3171 (forma gratuita), o escribiendo a: Dispute
Resolution Department, 1000 Darden Center Drive, Orlando, FL  32837



Este documento es el acuerdo acerca del Procedimiento para la Resolución de Conflictos (DRP) entre el Empleado y su empleador ("la Compañía"), la cual es una filial directa o indirecta de Darden Restaurants, Inc. El DRP se rige por la Ley Federal de Arbitraje (9 U.S.C. §§ 1 et seq.). Los requisitos, obligaciones, procedimientos y beneficios en este folleto son vinculantes para el Empleado y la Compañía durante y después del período de trabajo del Empleado.

El objetivo común del DRP es resolver los problemas, preocupaciones y conflictos relacionados con el trabajo elegibles entre el Empleado y la Compañía de una manera rápida, justa y eficaz que protege los derechos legales tanto del Empleado y la Compañía.

Este acuerdo ha sido utilizado en los Estados Unidos. El DRP siempre deberá ser utilizado e interpretado en consonancia con la legislación aplicable. Si alguna de las disposiciones del DRP está en conflicto con la ley aplicable, dicha disposición puede ser cortada o revisada para que el DRP sea válido y exigible. La disposición separada o revisada, no afectará a las restantes disposiciones del DRP. Además, el DRP puede ser actualizado de vez en cuando como lo exija la ley aplicable.

# Índice

Página 2:     Introducción

Página 4:     Cómo Utilizar el DRP

Página 4:     Etapa 1: Puerta Abierta

Página 4:     Etapa 2: Evaluación de sus Pares

Página 5:     Etapa 3: Mediación

Página 6:     Etapa 4: Arbitraje

Página 9:     Visión General del DRP

Página 11:    Reconocimiento del DRP

Página 12:    Preguntas Más Frecuentes

# Introducción

**D** iferencias ocasionales puedan surgir entre la Compañia y el Empleado, ambos durante y después del empleo. El objetivo común es resolver los problemas, preocupaciones y conflictos relacionados con el trabajo, de una manera rápida, justa y eficaz que protege los derechos legales de ambos el Empleado y la Compañía. Para lograr este objetivo, el Procedimiento para la Resolución de Conflictos (DRP) se compone de un proceso de cuatro etapas: Puerta Abierta, Evaluación de sus Pares, Mediación y Arbitraje.

El DRP, en lugar de acciones judiciales, es el único medio para resolver los litigios laborales cubiertos. Conflictos elegibles para el DRP deben resolverse únicamente a través del DRP, con la última etapa siendo un arbitraje vinculante escuchado por un árbitro. Esto significa que los conflictos elegibles de DRP no serán resueltos por un juez o un jurado. Ni la Compañía ni el Empleado puede llevar conflictos elegibles del DRP para litigios en los tribunales. La Compañía y el Empleado renuncian a todo derecho a iniciar una acción judicial civil para estos conflictos

## ¿Qué cubre el DRP?

La **Puerta Abierta,** como se describe en la página 4, es la primera etapa en el DRP y siempre está disponible para los empleados o la Compañía para utilizar para tratar cualquier asunto o para resolver cualquier conflicto relacionado con su empleo.

Las etapas dos y tres del DRP —**Evaluación de sus Pares** y **Mediación** — se aplican a todos los conflictos relacionados con el empleo o solicitudes presentadas por el Empleado contra la Compañía o la Compañía contra el Empleado que no sean las limitadas "Excepciones" que figuran a continuación. Algunos ejemplos de conflictos, los cuales están cubiertos por las tres primeras etapas del DRP incluyen, pero no están limitadas a: conflictos acerca compensación, terminación, discriminación y acoso.

Solo los conflictos que establecen un derecho legal podrán ser sometidos a **arbitraje,** la cual es la cuarta y última etapa de DRP. El árbitro tiene la autoridad para despedir los conflictos que no declaren una demanda legal. Ejemplos de solicitudes legales establecidas por el DRP incluyen pero no se limitan a: Las solicitudes que se presenten bajo la Ley de Derechos Civiles de 1964, la Ley de Americanos con Discapacidades, la Ley de los Estándares Laborales, la Ley de Discriminación por Edad en el Empleo, la Ley de Licencia Familiar y Médica.

## What are the exceptions to DRP?

El DRP no está disponible para resolver conflictos:
> Relacionados con la Indemnización de los Trabajadores o beneficios de Seguro de Desempleo;

> que tienen la obligación legal del control de la ley federal para arbitrar o resolver en virtud de un proceso diferente;

> solicitudes para beneficios a los empleados en virtud de cualquier plan de beneficios patrocinados por la Compañía y cubiertos por la Ley de Seguridad de Ingresos para la Jubilación de Empleados de 1974 o financiadas por el seguro, competencia desleal,

violación de secretos comerciales, cualquier derecho de ley común o derecho, o cualquier ordenanza federal, estatal o local ley; o

con respecto a los salarios, las escalas salariales o beneficios, estándares de desempeño o clasificaciones, normas de trabajo, estándares de la calidad de la comida y servicios, o políticas y procedimientos de la compañía, incluyendo la posibilidad de la apertura o cierre de operaciones, a menos que estos conflictos sean llevados de conformidad con una ley específica federal o estatal, u otra norma jurídica aplicable.

## ¿Cuáles son las excepciones a arbitraje?

La etapa final del DRP – Arbitraje – **no** está disponible para la resolución de conflictos:

- que no establecen una reclamación legal bajo la ley aplicable;
- que mediante el control de la ley federal no pueden ser sometidas a arbitraje obligatorio; o
- que tienen la obligación legal bajo la ley de control federal para ser arbitradas o resueltas en virtud de un proceso diferente.

## Acciones de Demanda Colectiva y Representativa

No habrá derecho o autoridad para cualquier conflicto que se haya traído, escuchado o arbitrado por cualquier persona como una demanda colectiva, acción colectiva o en nombre de cualquier otra persona o entidad en virtud del DRP.  El árbitro no tiene la jurisdicción para certificar cualquier grupo de empleados actuales o anteriores, o solicitantes de empleo, como una demanda o acción colectiva en cualquier procedimiento de arbitraje.

## Otras Acciones

El DRP no impide a un Empleado de ejercer los derechos protegidos por ley al presentar cualquier cargo administrativo o queja ante los organismos administrativos.  Tales reclamos administrativos incluyen sin limitación las reclamaciones o acusaciones ante la Comisión de Igualdad de Oportunidades, le Departamento de Labor de los EE.UU., y la Junta Nacional de Relaciones Laborales.  Nada en el DRP se excluirá o eximirá al Empleado de la interposición de un recurso administrativo antes de que cualquier agencia con el fin de cumplir con la obligación de agotar los recursos administrativos antes de presentar una reclamación de arbitraje.

## ¿Cuánto tiempo tengo para presentar mi conflicto a DRP?

Los conflictos deben ser presentados para su resolución a través del DRP **dentro de un (1) año o dentro de la ley de limitaciones aplicable si es menos de un año**. El período de la ley de limitaciones comenzará a partir de la fecha en que la parte que solicita el DRP se enteró de los hechos que dieron lugar a la reclamación/conflicto o debería haber conocido sobre la reclamación/conflicto.  Cuando los límites de tiempo para presentar una reclamación (es decir, la ley de limitaciones) no puede ser modificada por acuerdo del Empleado y la Compañía, los límites de tiempo legalmente obligatorios aplicables a la solicitud tendrán validez.  Después de la presentación del conflicto al DRP, el DRP debe llevarse a cabo con diligencia razonable.  Cualquier conflicto relacionado con esta disposición será decidido por el árbitro como una cuestión preliminar.

Enero del 2013

## ¿Cómo me Pongo en Contacto con el Departamento del DRP?

Si hay alguna pregunta acerca del DRP o cómo comenzar el procedimiento, por favor póngase en contacto con el Departamento de DRP, llamando al número gratis, 1-800-817-3171, o por escrito a: Dispute Resolution Department, 1000 Darden Center Drive, Orlando, FL 32837.

# CÓMO UTILIZAR EL DRP – LAS CUATRO ETAPAS

## Etapa 1. Puerta Abierta

La primera etapa para resolver un conflicto es el uso de la **Puerta Abierta**. Si el Empleado tiene un problema o conflicto laboral, debe traer a la atención de su gerente. Si, por cualquier motivo, el Empleado no se siente que puede hablar con su gerente sobre el problema, entonces el Empleado debe traer a la atención de la persona siguiente de su cadena de supervisión, tales como su Gerente General, Director, Director, etc, o puede comunicarse con un representante de Relaciones Laborales o Recursos Humanos al 1-800-932-2558. Además, el Empleado puede comunicarse con el Departamento de DRP, llamando al número gratuito, 1-800-817-3171, o por escrito al Departamento de Resolución de Conflictos, 1000 Darden Center Drive, Orlando,

La Puerta Abierta permite un intercambio abierto y honesto por las personas que están más cercanas al problema y, a menudo proporciona la mejor visión y oportunidad para resolución mutua. *El Empleado puede utilizar todas las etapas del DRP o discutir cualquier tema sin temor a represalias.*

## Etapa 2. Evaluación de sus Pares

El uso de la Puerta Abierta no ha resuelto el problema/conflicto, el Empleado puede presentar un problema/conflicto a **Evaluación de sus Pares**, simplemente llenando un **Formulario de Presentación del DRP** el cual puede ser obtenido llamando al Departamento de DRP al 1-800-817-3171.

La Evaluación de sus Pares proporciona una forma para que las partes presenten personalmente el asunto a un panel de tres empleados, dos de los cuales están en el mismo nivel en la Compañía como el Empleado, y el tercero siendo un empleado de un nivel superior administrativo.  En la Evaluación de sus Pares, el Empleado y la Compañía tienen cada uno hasta un máximo de treinta (30) minutos para exponer su posición al panel por separado y en privado.  El panel de Evaluación de sus Pares considera el asunto/conflicto, y toma una decisión no vinculante, la cual se comunica al Empleado y a la Compañía dentro de treinta (30) días a partir de la Evaluación de sus Pares.  El panel de Evaluación de sus Pares tiene la capacidad de conceder reposición de empleo y beneficios, pago retroactivo/pérdida de salarios y/o revocación de la acción o decisión de la Compañía.

Si el Empleado y la Compañía están satisfechos con la decisión del panel de Evaluación de sus Pares, tanto el empleado y la Compañía firmarán el formulario de respuesta de la Evaluación de sus Pares aceptando la decisión, y el asunto será considerado resuelto.  La decisión se convierte en definitiva y obligatoria para el Empleado y la Compañía.  Si el

Empleado o la Compañía no están satisfechos con la decisión del panel, la parte insatisfecha puede someter el asunto a mediación. Si ni el empleado ni la Compañía solicita mediación en el asunto (como se describe anteriormente), **dentro de los treinta (30) días** después de recibir la decisión del panel de Evaluación de sus Pares, esto también implicará la aceptación de la decisión del panel y será definitiva y vinculante para ambas partes.

## Etapa 3. Mediación

Si la Revisión de sus Pares no resuelve el problema/conflicto, ya sea el Empleado o la Compañía puede someter el asunto a mediación.

### Notificación
Una solicitud de mediación deberá ser por escrita y proporcionada a la otra parte **dentro de los treinta (30) días** de recibir la decisión del panel de Evaluación de sus Pares. Notificaciones de mediación para la Compañía deben ser enviados a: Departamento de Resolución de Conflictos, 1000 Darden Center Drive, Orlando, FL 32837. Notificaciones al Empleado se enviarán, vía correo certificado o expreso, a la última dirección conocida del Empleado.

### Selección y Capacitación del Mediador

La mediación se llevará a cabo por un mediador de conocimiento y experiencia en derecho laboral. La solicitud de mediación deberá ser remitida a un servicio de mediación (por ejemplo, la Asociación Americana de Arbitraje, JAMS o Sistemas de Resolución, Inc.) para la selección y el nombramiento de un mediador calificado. Como alternativa, las partes podrán convenir en designar conjuntamente al mediador sin la ayuda de un servicio de mediación.

### Normas Procesales Aplicables

Tanto el Empleado y la Compañía tiene el derecho, pero no requiere, ser representado por un abogado de su elección y por su cuenta propia en la mediación. Sin embargo, si cualquiera de las partes estuviera representada por un abogado, el tercero deberá notificar a la otra parte por lo menos treinta (30) días antes de la fecha de la mediación.

La mediación se llevará a cabo de conformidad con las Normas de Arbitraje de Empleo y Procedimientos de Mediación de la Asociación Americana de Arbitraje (AAA), salvo en la medida de lo modificado por el DRP o por la ley aplicable. Las Normas de Arbitraje de Empleo y Procedimientos de Mediación del AAA están disponibles en línea en www.adr.org bajo el título "Rules & Procedures" o se puede encontrar utilizando un motor de búsqueda en el Internet (por ejemplo, Google) buscando "AAA Employment Arbitration Rules and Mediation Procedures".

### Honorarios y Costos

La Compañía pagará los gastos administrativos y los honorarios y costos asociados con la realización de la mediación bajo esta etapa 3 (incluyendo el servicio de facilitación de mediación, los honorarios del mediador, los gastos de sala para la mediación y de gastos de la conferencia de teleconferencia y video). Los costos adicionales incurridos serán asumidos por cada parte.

### Localidad
La mediación se llevará a cabo ya sea en persona o mediante teleconferencia o video conferencia. Una o ambas partes pueden optar por asistir a la mediación a través de

teleconferencia o video conferencia, siempre que se dé aviso a la otra parte y el mediador en el momento en que está programada la mediación.  Si cualquiera de las partes va a asistir a la mediación en persona, la mediación se llevará a cabo en o cerca de la ciudad del restaurante donde el problema/conflicto se produjo a menos que el Empleado y la Compañía acuerden mutuamente mantenerla en otra parte.

## Resolución

Si el problema/conflicto se resuelve durante la mediación, el Empleado y la Compañía firmarán cada uno un acuerdo por escrito que contenga los términos de la resolución.  El acuerdo será definitivo y vinculante para ambas partes y concluirá el proceso del DRP.  El acuerdo será plenamente aplicable en un tribunal de jurisdicción competente.

### Terminación de la Mediación Sin Resolución

La mediación se terminará sin resolución si el mediador, el Empleado o la Compañía determinan que nuevos intentos de mediación no valen la pena.  Si la mediación es concluida por el mediador, el mediador y/o el servicio de mediación presentaran una notificación por escrito tanto para el Empleado y la Compañía confirmando que la mediación ha concluido.  Si la mediación se ha concluido por el Empleado o por la Compañía, la parte que da por concluida la mediación presentará una notificación por escrito a la dirección de registro de la otra parte a través de correo certificado o registrado con acuse de recibo, lo que confirma que la mediación ha concluido.  Una copia de la notificación por escrito debe presentarse al mediador y/o al servicio de mediación.

## Etapa 4.  Arbitraje

Si la mediación no resuelve el conflicto, ya sea el Empleado o la Compañía puede someter el asunto a un arbitraje vinculante.

### Elegibilidad

Solo conflictos que declaran una demanda legal serán arbitrados (CONSULTE "Qué Cubre el DRP" en las páginas 2).  El árbitro tiene la facultad exclusiva de determinar si un conflicto es arbitrable y si ha sido presentado y continuado a tiempo. Si el árbitro considera que un conflicto no establece una acción judicial, no ha sido presentado a tiempo, o no ha sido presentado a tiempo de una etapa a otra del DRP, la decisión del árbitro será definitiva y vinculante y el conflicto se considera resuelto.

### Notificación

La solicitud de arbitraje deberá constar por escrito y proporcionado a la otra parte por correo certificado o registrado con acuse de recibo, dentro de los treinta (30) días siguientes a la recepción de la notificación por escrito que la mediación ha terminado (CONSULTE "Terminación de la Mediación Sin Resolución" en la página 6).  La solicitud incluirá la identificación de las partes, una declaración de los fundamentos jurídicos y fácticos de la(s) reclamación(nes), y una especificación de la solución que se pretende.

### Selección y Cualificaciones del Árbitro

El arbitraje será conducido por un solo árbitro con conocimientos y experiencia en derecho laboral. El arbitraje será referido a un servicio de arbitraje (tal como el Asociación Americana de Arbitraje (AAA), JAMS o Sistemas de Resolución, Inc. para la selección y nombramiento de un árbitro calificado y la administración del proceso de arbitraje, conforme con las normas aplicables. Alternativamente, las partes podrán acordar seleccionar conjuntamente a un árbitro que cumple con los requisitos sin la ayuda de un servicio de arbitraje.

## Ley Aplicable y Normas Procesales

El árbitro resolverá cualquier problema/conflicto que surja de o esté relacionado con la interpretación o aplicación del DRP o de sus normas, incluyendo sin limitación, cualquier norma o procedimiento de arbitraje o de la manera en la que el procedimiento de arbitraje se llevará a cabo.

Tanto el Empleado y la Compañía tiene el derecho, pero no requiere, ser representado por un abogado de su elección y por su propia cuenta (sujeto a los recursos otorgados por el árbitro de acuerdo con la ley aplicable) en la audiencia de arbitraje. Sin embargo, si el Empleado notifica a la Compañía, por lo menos treinta (30) días antes de la fecha de la audiencia que él o ella no va a ser representado por un abogado en la audiencia de arbitraje, la Compañía tampoco será representada por un abogado en la audiencia de arbitraje.

El Arbitraje se llevará a cabo de conformidad con las Normas de Arbitraje de Empleo y Procedimientos de Mediación de la Asociación Americana de Arbitraje (AAA), salvo en la medida de lo modificado por el DRP o por la ley aplicable. El árbitraje y cualquier decisión o laudo dictado por el árbitro será definitiva y vinculante para el Empleado y la Compañía y ejecutable en un tribunal de jurisdicción competente. Las Normas de Arbitraje de Empleo y Procedimientos de Mediación del AAA están disponibles en línea en **www.adr.org** bajo el título "Rules & Procedures" o se puede encontrar utilizando un motor de búsqueda en el Internet (por ejemplo, Google) para la búsqueda de "AAA Employment Arbitration Rules and Mediation Procedures".

## Honorarios y Costos

La Compañía pagará los honorarios y gastos del árbitro, todos los gastos de la sala de la audiencia, así como los costos del servicio de arbitraje.
Cualquier otro gasto incurrido por una parte durante el arbitraje es responsabilidad de la parte sujeto a los recursos otorgados por el árbitro de acuerdo con la ley aplicable. Esto incluye, a modo de ejemplo solamente, honorarios de preparación de transcripción, honorarios de abogados y los honorarios de peritos. Sin embargo, el árbitro está facultado para adjudicar los honorarios y costos de conformidad y con sujeción a las limitaciones de la ley aplicable.

## Localidad

El arbitraje se llevará a cabo en o cerca de la ciudad del restaurante donde el problema/conflicto se produjo a menos que el Empleado y la Compañía acuerden mutuamente mantenerla en otra parte.

## Autoridad del Árbitro

Además de la autoridad concedida al árbitro de conformidad con las Normas de Arbitraje del AAA para Empleo y Procedimientos de Mediación

1. El árbitro tendrá la autoridad para determinar si un conflicto es arbitrable y si es presentado a tiempo y ejercido bajo el DRP y cualquier ley vigente. Después de consultar con ambos el Empleado y la Compañía, el árbitro fijará una fecha, hora, lugar y duración apropiada del arbitraje.

2. Los arbitrajes serán escuchados en forma individual, como se describe y está sujeto a la sección titulada **Acciones de Demanda Colectiva y Representativa** en la página 3, anterior.

3. En el arbitraje, las partes tendrán el derecho de presentar mociones dispositivas (como mociones para desestimar o de juicio sumario) y presentar testigos y

pruebas, según sea necesario para presentar sus casos y defensas, y cualquier conflicto al respecto será resuelto por el árbitro.

4. El Empleado y la Compañía cada uno tiene el derecho de citar testigos y documentos para la audiencia de arbitraje. Las citaciones deben ser notificadas a la otra parte y presentarse al árbitro. Cualquier objeción a la emisión de cualquier orden judicial deberá presentarse al árbitro dentro de los diez (10) días siguientes a la recepción de la solicitud o dentro del plazo que exija la ley aplicable, según lo determinado por el árbitro.

5. El árbitro tendrá la misma autoridad que un tribunal de justicia de conceder ayuda solicitada, lo que incluiría la ayuda solicitada con respecto a las órdenes de restricción temporal y medidas cautelares preliminares. Sin embargo, esta disposición no impide al Empleado o la Compañía de solicitar medidas cautelares temporales disponibles o preliminares de un tribunal competente. La solicitud de medidas cautelares provisionales o preliminares no elimina el conflicto de la resolución final por parte del árbitro. La solicitud de medidas cautelares provisionales o preliminares no renuncia al derecho de la parte solicitante para arbitrar las reclamaciones cubiertas por el DRP.

6. Al menos que se realice en virtud de una ley específica estatal o federal, o ley común aplicable, el árbitro no tendrá autoridad para establecer las tasas de salarios, escalas salariales o beneficios, estándares de desempeño o clasificaciones, normas de trabajo, calidad de la comida y estándares de servicio, u otras políticas y procedimientos similares de la empresa, incluyendo la posibilidad de abrir o cerrar operaciones.

## Transcripción del Arbitraje

El Empleado o la Compañía bajo petición en el cierre de la audiencia, puede presentar un informe posterior a la audiencia. Si se permiten informes, el tiempo para la presentación de informes y cualesquier requisito adicional, tales como un límite máximo de páginas, será fijado por el árbitro en o antes de la audiencia.

## Informes Posteriores a la Audiencia

El Empleado o la Compañía bajo petición en el cierre de la audiencia, puede presentar un informe posterior a la audiencia. Si se permiten informes, el tiempo para la presentación de informes y cualesquier requisito adicional, tales como un límite máximo de páginas, será fijado por el árbitro en o antes de la audiencia.

## Decisión del Árbitro

El árbitro emitirá una decisión por escrito, incluyendo una declaración de conclusiones del árbitro de hechos y conclusiones de ley, dentro de los treinta (30) días después de la fecha en que termina la audición.

## Aplicación Judicial

Tanto el Empleado o la Compañía podrá iniciar una acción en cualquier tribunal de jurisdicción competente para obligar un arbitraje conforme a este Acuerdo y/o confirmar, modificar, reforzar o anular un laudo arbitral, según sea permitido por la ley.

Enero del 2013

# DARDEN VISIÓN GENERAL DEL PROCEDIMIENTO DE RESOLUCIÓN DE CONFLICTO

| OPCIÓN | QUÉ | QUIÉN | POR QUÉ | CÓMO |
|---|---|---|---|---|
| **1**<br><br>**Puerta Abierta** | Una forma de analizar y resolver inquietudes con la gerencia sin que existan represalias<br>• Informal<br>• Cubre disputas relacionadas con el trabajo<br>• Incentiva la resolución temprana | Comunique la inquietud al:<br>• Gerente<br>• Gerente General<br>• Director<br>• Relaciones Laborales<br>• Vicepresidente Sénior<br>• Presidente | • Incentiva la resolución temprana de la inquietud<br>• Apertura y flexibilidad<br>• Fácilmente accesible<br>• Ayuda a conservar las relaciones laborales<br>• Se resuelve la inquietud en forma amigable<br>• Fomenta la comunicación abierta | Analice la inquietud en persona con el gerente o con Relaciones Laborales<br>• Analice la inquietud con el Gerente General o con el Director deOperaciónes, o<br>• Llame a Relaciones Laborales<br>• Consulte el Póster de DRP si desea saber los números de teléfono |
| **2**<br><br>**Evaluación de Colegas** | Una forma de comunicar una inquietud a un panel formado por tres miembros para su resolución<br>• Informal<br>• Cubre disputas relacionadas con el trabajo<br>• El panel tomauna decisión por escrito | Esta instancia está a cargo de un facilitador capacitado<br>• Panel compuesto por tres miembros: dos (colegas) y un panelista de la gerencia<br>• Se llaman testigos adiscreción del panel<br>• Esta instancia está a cargo de un facilitador capacitado seleccionado por usted | • Nueva perspectiva proporcionada por un tercero ajeno a la cuestión, pero dentro de la Compañía<br>• Resolución rápida de la inquietud<br>• Ayuda a conservar las relaciones laborales | Presente la inquietud ante un panel capacitado que escuchará, evaluará y tomará una decisión no vinculante, salvo que las partes estén de acuerdo con la decisión<br>• Entregue un formulario depresentación para DRP completo al Departamento de DRP. Teléfono: 800-817-3171 |
| **3**<br><br>**Mediación** | Una forma de elevar una disputa ante un tercero neutral que ayudará al Empleado y a la Compañía a llegar a un acuerdo<br>• Informal<br>• Cubre disputas relacionadas con el trabajo<br>• No vinculante salvo que las partes decidan llegar a un acuerdo | Mediador elegido por el Empleado y la Compañía o designado por la Asociación Americana de Arbitraje u otro servicio de mediación | • Se beneficia con la opinión de un experto tercero neutral y ajeno al problema, que ayuda en la negociación<br>• Solución en la que todas las partes salen ganando<br>• Rápida y económica (sin costo para el Empleado)<br>• Ayuda a conservar las relaciones laborales<br>• No vinculante salvo que ambas partes acuerden una solución | Presente la inquietud ante un tercero neutral que ayudará al Empleado y a la Compañía a llegar a un acuerdo<br>• Presente un formulario desolicitud de Mediación al Departamento de DRP.<br>• Comuníquesecon el Departamento de DRP al 800-817-3171 |
| **4**<br><br>**Arbitraje Definitivo** | Una forma de elevar una disputa ante un tercero ajeno al problema y neutral para que tome una decisión  vinculante para todas las  partes.<br>• Estructuradopero menos formal que los juicios ante tribunales judiciales<br>• Cubre todas las disputas relacionadas con el trabajo elegibles<br>• Decisión por escrito Vinculante para el Empleado y la Compañía<br>• Se permite tener Representación legal pero no es obligatorio (es una opción del Empleado) | El árbitro es un tercero elegido por el Empleado y la Compañía o designado por la AAA u otro servicio de arbitraje. | Se beneficia con la opinión de un experto tercero neutral y ajeno al problema, que toma una decisión definitiva<br>• El árbitro tiene autoridad para otorgar una reparación legal y de equidad como lostribunales judiciales<br>• Resolución más rápida que la del proceso judicial tradicional<br>• Más sencillo y más económico; sin costo para el Empleado<br>• Ayuda a conservar las relaciones laborales | Presente la disputa a un tercero neutral que evaluará la cuestión y tomará una decisión definitiva que es vinculante tanto para el Empleado como para la Compañía<br>• Si una Mediación no tiene un resultado satisfactorio, se puede intentar la solución de la disputa elegible para DRP presentando una notificación por escrito a la parte contraria |

Enero del 2013

# **NOTAS**

Enero del 2013

# RECONOCIMIENTO DEL PROCEDIMIENTO PARA LA RESOLUCIÓN DE CONFLICTOS

Este acuerdo contiene los requisitos, obligaciones, procedimientos y beneficios del DRP. He leído esta información y entiendo y acuerdo con los términos y condiciones del Procedimiento de Resolución de Conflictos (DRP). **Yo reconozco que he recibido y o he tenido la oportunidad de leer este acuerdo de arbitraje. Entiendo que este acuerdo de arbitraje requiere que los conflictos que involucran a los temas del acuerdo se someterán a mediación o arbitraje de conformidad con el acuerdo de arbitraje y no a un juez o un jurado en la corte.** Estoy de acuerdo, como condición de mi empleo, someter cualquier litigio elegible que pueda tener al DRP y cumplir con las disposiciones señaladas en el DRP. Entiendo que esto incluye, por ejemplo, las reclamaciones bajo las leyes estatales y federales relacionadas con el acoso o discriminación, así como otras relacionadas reclamaciones laborales como se define en el DRP. Finalmente, entiendo que la Compañía está obligada igualmente a todas las disposiciones del DRP.

_____
Nombre del Empleado (por favor, en letra de imprenta)

_____          _____
Firma del Empleado                                    Fecha

_____
Nombre del Gerente/Director (por favor, en letra de imprenta)

_____          _____
Firma del Gerente                                      Fecha

**Los empleados menores de edad también deben tener una impresión y firma del padre/tutor abajo**

**Yo, como padre/tutor del Empleado arriba mencionado, reconozco que he recibido y o he tenido la oportunidad de leer este acuerdo de arbitraje. Entiendo que este acuerdo de arbitraje requiere que los conflictos que involucran a los temas del acuerdo se someterán a la mediación o arbitraje de conformidad con el acuerdo de arbitraje y no a un juez o un jurado en la corte.**

_____
Nombre del Padre/Tutor (por favor, en letra de imprenta)

_____          _____
Firma del Padre/Tutor                                 Fecha

Enero del 2013

# PREGUNTAS FRECUENTES

1.  **¿Qué es el Procedimiento de Resolución de Conflicto (DRP)?**

    El Procedimiento de Resolución de Conflictos es un proceso para resolver los problemas, preocupaciones y conflictos relacionados con el trabajo, las preocupaciones y conflictos entre usted y la Compañía, de una manera rápida, justa y eficiente mientras que protege los derechos legales de ambos. El DRP consiste de cuatro pasos:

    •   **Puerta Abierta:** Permite al Empleado traer un problema laboral o problema/conflicto a la atención de su gerente o la persona siguiente de la cadena de supervisión, o el Empleado puede comunicarse con un representante de Relaciones Laborales o Recursos Humanos. La información de contacto se puede encontrar en el manual del empleado o cartel DRP.
    •   **Evaluación de sus Pares:** Si la Puerta Abierta no resuelve el problema o conflicto, puede presentarse a un panel de Evaluación de sus Pares por pares que escucharán a ambas partes, evaluarán y devolverán una decisión que no es vinculante, a menos que todas las partes estén de acuerdo.
    •   **Mediación:** Si no está satisfecho con la decisión del panel de Evaluación de sus Pares, ya sea el Empleado o la Compañía podrá someter el problema/conflicto a Mediación. La Mediación se llevará a cabo por un mediador que es una parte neutral y está capacitado en la resolución de conflictos. Durante la Mediación, el mediador escucha sobre el problema/conflicto y ayuda a que el Empleado y la Compañía lleguen a un acuerdo mediante la apertura de la comunicación y sugiriendo opciones.
    •   **Arbitraje:** Si el problema/conflicto no se ha resuelto por Mediación, ya sea el Empleado o la Compañía podrá someter el problema/conflicto elegible a arbitraje final y vinculante. El arbitraje es el paso final en el DRP. Ambas partes presentan sus lados a un árbitro, un partido externo neutral, en una audiencia de arbitraje. El árbitro entonces evalúa la evidencia y toma una decisión final y vinculante.

    Aparte de las excepciones enumeradas en la sección titulada "Excepciones a DRP" en el acuerdo del DRP que ha recibido, los tres primeros pasos del DRP (Puerta Abierta, Evaluación de sus Pares y Mediación) se aplican a todos los litigios relacionados con el empleo o reclamaciones presentadas por usted o la Compañía. *Solo conflictos que contienen una reclamación legal podrán ser sometidos a Arbitraje.*

    ***Usted puede utilizar todas las etapas de DRP o discutir cualquier problema/conflicto sin temor a represalias.***

2.  **¿Tendré que pagar algo cuando uso el DRP?**

    Los costos administrativos del DRP se pagarán por la Compañía. Esto incluye los costos de Evaluación de sus Pares, costos y honorarios del servicio de mediación y del mediador, y los costos y honorarios del servicio de arbitraje y el árbitro. Cualesquier otro gasto incurrido por usted son su responsabilidad. Asimismo, cualesquier otro gasto incurrido por la Compañía son la obligación de la Compañía. Esto incluye, a modo de ejemplo, los gastos de transporte, honorarios de preparación de transcripción, honorarios del abogado y honorarios de testigos expertos. Sin embargo, en el arbitraje, un árbitro puede adjudicar honorarios y costos de acuerdo con la legislación aplicable.

3.  **¿Debo seguir las etapas del DRP en orden?**

Enero del 2013

Se recomienda que las etapas del DRP ser sigan en orden. Muchas veces, usar la Puerta Abierta para hablar con alguien en la gerencia, quienes están más cerca de la situación, es la manera más eficiente y eficaz para resolver los conflictos laborales. Evaluación de sus Pares puede ser evitada solo por consentimiento mutuo por escrito, pero arbitraje será siempre la últimaetapa en la resolución de un conflicto.

4. **¿Qué es Puerta Abierta?**

La Puerta Abierta es la primera etapa para resolver un problema o conflicto. Si usted tiene alguna preocupación o conflicto relacionado con el trabajo, usted debe llevarlo a la atención de su gerente o a la persona siguiente en la cadena de supervisión (es decir, Gerente General, Director de Operaciones, etc.), o puede comunicarse con un representante de Relaciones Laborales o Recursos Humanos. La información de contacto se puede encontrar en el manual del empleado. La Puerta Abierta permite un intercambio abierto y honesto con las personas que están más cerca del problema y, a menudo proporciona la mejor visión y oportunidad para la resolución mutua. *Usted puede utilizar todas las etapas de DRP o discutir cualquier problema/conflicto sin temor a represalias.*

5. **¿Qué hago si el problema es con mi gerente?**

Si, por alguna razón, usted no siente que puede hablar con su jefe sobre el asunto o problema/conflicto, deberá traerlo a la siguiente persona en la cadena de supervisión, como su Gerente General, Director de Operaciones, etc. o puede comunicarse con un representante de Relaciones Laborales o Recursos Humanos. La información de contacto se puede encontrar en el manual del empleado o cartel DRP.

6. **¿Qué hago si mi gerente comienza a hacer las cosas difíciles luego de que yo me queje?**

Represalias por el uso o la participación en el DRP está prohibida por la Compañía. Si usted cree que está siendo víctima de represalias por su director o cualquier otro empleado, usted debe llevarlo a un gerente de nivel superior o póngase en contacto con un representante de Recursos Humanos o Relaciones Laborales.

7. **¿Puedo usar el DRP para resolver cualquier problema que suceda en el trabajo?**

Aparte de las excepciones enumeradas en la sección titulada "Excepciones a DRP" en el manual de DRP que ha recibido, las tres primeras etapas del DRP (Puerta Abierta, Evaluación de sus Pares y Mediación) se aplican a todos los litigios relacionados con problemas/conflictos en el empleo o reclamaciones presentadas por usted o la Compañía. *Solo conflictos que contienen una reclamación legal podrán ser sometidos a Arbitraje.*

8. **¿Cómo solicito el DRP?**

Si usted tiene un problema/conflicto laboral, primero debe tratar de resolverlo a través de la Puerta Abierta, que es la primera etapa. Si la Puerta Abierta no resuelve el problema/conflicto, usted será referido al Departamento de Procedimiento de Resolución de Conflicto para solicitar la siguiente etapa del DRP que es la Evaluación de sus Pares. También puede comunicarse con el Departamento de Procedimiento de Resolución de Conflicto en 800-817-3171.

9. **¿Qué es la Evaluación de sus Pares?**

Si la Puerta Abierta no resuelve el problema/conflicto, puede presentarse a Evaluación

de sus Pares, poniéndose en contacto con el Departamento de Procedimiento de Resolución de Conflicto y completar un formulario de presentación de DRP. Evaluación de sus Pares proporciona una manera para que las partes presenten personalmente el problema/conflicto a un panel de tres empleados - dos pares (compañeros de trabajo) y un panelista de nivel de gerencia de fuera de su restaurante o departamento. Durante la Evaluación de sus Pares usted y la Compañía tienen un máximo de treinta (30) minutos cada uno para presentar por separado y en privado sus posiciones al panel. El panel de Evaluación de sus Pares le escuchará, evaluará y hará preguntas, y luego devolverá una decisión. La decisión del panel de Evaluación de sus Pares no es vinculante para usted o la Compañía, a menos que ambos estén de acuerdo con la decisión.

**10. ¿Qué puede hacer un panel de Evaluación de sus Pares para resolver mi problema/conflicto?**

El panel de Evaluación de sus Pares tiene la capacidad de conceder reincorporación y beneficios, paga retroactiva, salarios perdidos y la reversión de la acción o decisión de la Compañía.

**11. ¿No será que el panel de Evaluación de sus Pares simplemente aprobará la posición de la gerencia?**

No. Los paneles de Evaluación de sus Pares revisan confidencialmente una acción de la gerencia que un Empleado cree que es incompatible con la política o previos antecedentes. Ellos escuchan y evalúan la evidencia y votan en privado sobre el conflicto. Usted, los representantes de la Compañía que participan, y los miembros del panel son requeridos e instruidos a mantener confidencialidad absoluta. Por lo tanto, nadie sabrá las preguntas del panel o cómo los miembros del panel votaron.

**12. ¿Qué pasa si yo o la Compañía no estamos de acuerdo con la decisión del panel de Evaluación de sus Pares?**

La decisión del panel de Evaluación de sus Pares no es vinculante para usted o la Compañía, a menos que ambos estén de acuerdo. Si no está satisfecho con la decisión del panel de Evaluación de sus Pares, usted o la Compañía puede someter el problema/conflicto a Mediación, que es la siguiente etapa en el Procedimiento de Resolución de Conflicto (DRP).

**13. ¿Puedo traer a un abogado a mi Evaluación de Pares?**

No. El proceso de Evaluación de sus Pares es un proceso confidencial que permite a usted y la Compañía presentar el problema/conflicto directamente a un grupo de compañeros. Ni usted ni la Compañía puede tener un abogado u otro representante en la Evaluación de sus Pares.

**14. ¿Cómo puedo ser panelista en una Evaluación de sus Pares?**

Para ser elegible para ser un panelista, usted debe:
- ✓ Tener por lo menos 1 año de servicio con la empresa
- ✓ Tener por lo menos 18 años de edad
- ✓ Tener una calificación de desempeño satisfactorio o mayor
- ✓ No tener acciones disciplinarias durante los últimos seis meses
- ✓ Hablar y entender inglés

Debe haber una hoja de registro de panelista publicado por el gerente en su restaurante en el que puede escribir su nombre voluntario. Si usted es seleccionado como panelista, recibirá entrenamiento antes de la Evaluación de sus Pares. Si no hay una lista publicada en su restaurante, por favor consulte a su gerente para solicitar que una sea publicada o

póngase en contacto con el Departamento de DRP en 800-817-3171 para obtener ayuda.

### 15. ¿Cuál es la diferencia entre mediación y arbitraje?

En la Mediación, un tercero neutral ayuda a usted y la Compañía alcanzar un acuerdo respecto al problema/conflicto. En la Mediación, usted y la Compañía presentarán el problema/asunto a un mediador. Después, el mediador intentará negociar un acuerdo mutuamente aceptable para resolver el problema/conflicto. El mediador no tiene autoridad para imponer una decisión definitiva y vinculante, y sólo usted y la Compañía pueden hacer eso.

El proceso de arbitraje es más formal que la Mediación. En el arbitraje, un tercero neutral (el árbitro) escucha a ambas partes y cada uno presenta su caso en una audiencia de arbitraje y toma una decisión que será definitiva y vinculante. *Solo conflictos que contienen una reclamación legal podrán ser sometidos a arbitraje.*

### 16. ¿Cómo se diferencia el arbitraje a un caso en un tribunal de justicia?

En muchos sentidos, los dos son muy similares. En el arbitraje, un árbitro puede conceder los mismos recursos y daños como un tribunal de justicia. Las principales diferencias son que el arbitraje es menos formal que los procesos judiciales, generalmente menos costoso, el intercambio de información es más limitado, y la decisión del árbitro será definitiva y vinculante y no puede ser apelada. El arbitraje se llevará a cabo en un lugar privado y no en una sala de juicios.

### 17. ¿Puede un árbitro conceder las mismas clases y cantidades de daños que una corte o un juicio?

Sí.

### 18. Si mi empleo es terminado y prosigo con el arbitraje, ¿podrá reincorporarme el árbitro?

Sí. Usted podría ser otorgado remedios completos disponibles a través de los tribunales incluyendo la reincorporación y paga retroactiva.

### 19. ¿Quién paga los costos deArbitraje?

La Compañía pagará los gastos y honorarios de los servicios de arbitraje, la sala de audiencia y el árbitro. Los gastos incurridos por el Empleado durante el Arbitraje son responsabilidad del Empleado. Asimismo, cualesquier otro gasto incurrido por la Compañía durante el arbitraje es la obligación de la Compañía. Esto incluye, a modo de ejemplo, los gastos de transporte, honorarios de preparación de transcripción, honorarios del abogado y honorarios de testigos expertos. Sin embargo, un árbitro puede adjudicar honorarios y costos de acuerdo con la legislación aplicable.

### 20. ¿Necesito contratar a un abogado para participar en la mediación o arbitraje?

No. Tanto la Compañía como el Empleado tienen el derecho a ser representado por un abogado de su elección y a su costa. Sin embargo, si el empleado notifica a la Compañía que él o ella no va a estar representado por un abogado en la audiencia de arbitraje por lo menos treinta (30) días antes de la audiencia, la Compañía no estará representada por un abogado en la audiencia.

**El Departamento de Resolución de Conflicto puede ser contactado con preguntas adicionales en 800-817-3171.**