# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | : | Civil No. 3:20-CV-00862 |
| Plaintiffs, | : | |
| v. | : | |
| DARDEN RESTAURANTS, INC., *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th day of January, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Defendants' renewed motion to compel arbitration, Doc. 46, is **GRANTED**.

2. The above-captioned action is stayed pending the outcome of arbitration. Counsel for Defendants shall file status reports at 90-day intervals apprising the court of the status of arbitration proceedings.

3. The Clerk of Court is directed to close this case for statistical purposes only and without prejudice to the reinstatement thereof if appropriate at the conclusion of arbitration proceedings.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania